FILED

2024 MAR 20  PM 2: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

1  **TIA HOLLIS**, INDIVIDUALLY
2  a/k/a/ "Mee-Chee the Mentor" dba CRIPS
3  5455 Wilshire Blvd. Ste.2100
   Los Angeles, CA 90036
4  (323) 407-8900 / (323) 825-9300
5  officialcripsllc@gmail.com
   IN PRO SE
6

7              UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT
9

10  **TIA HOLLIS**, INDIVIDUALLY          Case No.: Number
11  A/K/A MEE-CHEE THE MENTOR            2:24-CV-02292-MWF-BFMx
12  DBA CRIPS
                                         **COMPLAINT FOR TRADEMARK
13        Plaintiff,                     INFRINGEMENT; DAMAGES,
                                         AND DECLARATORY RELIEF;**
14
15    vs.                                **(1) FEDERALTRADEMARK
16  **MICHAEL RENDER** AN                INFRINGEMENT [15 U.S.C. 1114
    INDIVIDUAL,                          LANHAM ACT 32. 34]**
17
18  A/K/A KILLER MIKE, DBA THE           **(2) TRADEMARK DILUTION {15
    MICHAEL RENDER GROUP;                U.S.C. 1125(C); CALIFORNIA
19  **EUGENE HENLEY** AN                 BUSINESS & PROFESSIONS CODE
20  INDIVIDUAL, A/K/A BIG U, DBA         14330]**
    DEVELOPING OPTIONS;
21  **COURTNEY SILLS** AN                **(3) FALSE DESIGNATION OF
22  INDIVIDUAL, A/K/A                    ORIGIN [15 U.S.C. 1125(A)]**
    HIGHERLEVELBEAR, DBA SILLS
23  ENTERTAINMENT; **CHARLESTON          **(4) COMMONLAW UNFAIR
24  WILSON** AN INDIVIDUAL, DBA          COMPETTION UNDER SECTION
    EXOTIC POP DISTRIBUTION; **WILL      43(A)**
25  BRONSON** AN INDIVIDUAL, A/K/A
26  COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
    FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
27  DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
    DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER
28  SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
    17200}; AND(6) UNJUST ENRICHMENT - 1

WILLISACTIVE, DBA ACTIVE MANAGEMENT; DOES 1-10

Defendant

**(5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND**

**(6) UNJUST ENRICHMENT**

COMES NOW, PLAINTIFF TIA HOLLIS, INDIVIDUALLY, to hereby file its Compliant against Defendants MICHAEL RENDER, COURTNEY SILLS, EUGENE HENLEY, CHARLESTON WILSON, and WILL BRONSON, and Does 1-10, inclusive (collectively "Defendants").

## JURISDICTIONAL ALLEGATIONS

1. This court has federal subject matter jurisdiction over this subject matter pursuant to 28 U.S.C. 1331 and 1338(a) and (b), by virtue of 15 U.S.C. 1051 et seq; in that the case arises out of 43(a) of the LANHAM ACT of TRADEMARK INFRINGEMENT, and supplemental jurisdiction under 28 U.S.C. 1367(a) and 1338(a)(b).

2. Venue is proper, interalia, under 28 U.S.C. 1391(b) because on information and belief a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETITION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 2

3. Personal jurisdiction exists over defendants because on information and belief, defendants conduct business in California and in this judicial district, or otherwise avail themselves of the privileges and protections of the laws of the state of California, such that this courts assertion of jurisdiction over defendants does not offend traditional notions of fair play and due process.

## SUMMARY OF ACTION

4. This action seeks to enjoin Defendants unlawful and unfair competition with Plaintiff TIA HOLLIS an individual, A/K/A MEE-CHEE THE MENTOR, DBA CRIPS, through infringing on Plaintiff HOLLIS' trademark to falsely advertise a competing product.

5. Plaintiff HOLLIS brings this action for damages and declaratory, and permanent injunctive relief for Federal and common law trademark infringement contributory trademark infringement, unfair competition and fake advertising, false designation of origin, false description arising out of the willfully infringing and unlawful activities of Defendants, which have caused irreparable harm to Plaintiff.

## PARTIES

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 3

6. Plaintiff TIA HOLLIS, an individual A/K/A "MEE-CHEE THE MENTOR", DBA CRIPS, is a resident of Los Angeles, California.

7. Plaintiff is informed and believes that Defendant MICHAEL RENDER, an individual A/K/A "KILLER MIKE", DBA THE MICHAEL RENDER GROUP, is now, and was at the time of the filing of this Complaint and at all intervening times, a Georgia resident and a Georgia business entity of unknown status operating throughout the U.S., a Principal place of business located at 5665 New Northside Drive, Ste. 110, Atlanta, Georgia 30328.

8. Plaintiff is informed and believes that Defendant EUGENE HENLEY, an individual, A/K/A BIG U, DBA DEVELOPING OPTIONS INC AND UNEEK MUSIC is now, and was at the time of the filing of this Complaint and at all intervening times a California resident, and a California business entity of unknown operating status throughout the U.S. with a Principal place of business located at 5444 Crenshaw Bl. Los Angeles, California 90043

9. Plaintiff is informed and believes that Defendant COURTNEY SILLS, an individual, A/K/A "HIGHER LEVEL BEAR", DBA SILLS

ENTERTAINMENT, is now, and was at the time of the filing of this Compliant and at all intervening times a Georgia resident, and a Georgia business entity of unknown operating status operating throughout the U.S. a principal place of business located at 320 Elderberry Trail, Fayetteville, Georgia 30214

10. Plaintiff is informed and believes that defendant WILL BRONSON, an individual, A/K/A "WILL IS ACTIVE", DBA ACTIVE MANAGEMENT, is now, and was at the time of the filing of this Complaint and at all intervening times a California resident, and a California business entity of unknown operating status operating throughout the U.S. with a principal place of business located at 2219 W. Olive Ave, #128 Burbank, California, and 1019 N. Fairfax Ave., Los Angeles, California 90046.

11. Plaintiff is informed and believes that Defendant CHARLESTON WILSON, an individual, DBA EXOTIC POP DISTRIBUTION is now, and was at the time of the filing of this Complaint and at all intervening times a Texas resident, and a Texas business entity, unknown operating

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 5

status operating throughout the U.S. with a principal place of business located at 1000 S. Loop W #190, Houston, Texas 77054.

12. Plaintiff is informed and believe and thereon allege that, at all times mentioned in this Complaint, each of the defendants was the agent, servant, employee, representative, subsidiary, affiliate, partner, member, associate or conspirator of one or more of the other Defendants were done in the course or scope of the relationship and with the knowledge and consent of their principal employers, owners, superiors, affiliates, masters, parent corporations, partners, members, associates, or representatives, except as otherwise specifically alleged within this Complaint.

13. Plaintiff is informed and believes and thereon alleges that at all times mentioned herein Defendants MICHAEL RENDER, EUGENE HENLEY, COURTNEY SILLS, CHARLESTON WILSON, WILL BRONSON, and DOES 1-10, INCLUSIVE, AND EACH OF THEM (COLLECTIVELY, "Defendants"), were the agents, servants, and employees of every other Defendant and the acts of each Defendant, as alleged herein, were performed within the course and scope of that agency, service or employment.

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 6

**INJURY TO PLAINTIFFS**

14. Plaintiff exclusively owns website, https://WWW.CRIPSWORLDWIDE.COM, and two (2) registered United States trademarks associated with the Community Revolution In Progress, the Crips brand.

15. Plaintiff exclusively owns a registered United States trademark for the "CRIPS" organization under Registration No. 5,877,377, registered October 8, 2019, for International Class 35, business services. Attached herewith as "Exhibit A".

16. Plaintiff exclusively owns a registered United States trademark for the "CRIPS" organization under Registration No. 6.926,377, registered December 13, 2022, for the International Class 041, education, entertainment, and television services. Attached herewith as "Exhibit B".

17. Plaintiff exclusively owns one United States Copyright for the CRIP WALK under the certificate Registration No. PAu004134130, registered effective date of May 24, 2022, for the category of dance.

18. Plaintiff exclusively owns a registered United States trademark for the "BLOODS" organization under Registration No. 6.026,461, registered

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 7

April 7, 2020, for the International Class 35, business services. Attached

herewith as "Exhibit C".

19. Plaintiffs extensive use of the service mark is documented and famous

worldwide.

20. Plaintiffs service mark is known for assisting several hundred

organizations establish gang intervention programs throughout schools for

the safe passage of children to and from school.

21. Plaintiffs service mark is distinguished as a leader in community

organizing of several thousand members that contribute to the plight of

three basic human rights to Life, Liberty and the Security of People.

22. Plaintiff has assisted in several hundred job fairs and training throughout

the U.S.

23. Plaintiff has distinguished itself as a leader in promoting, conducting, and

arranging several community events throughout the U.S. that promotes

Social Change.

24. Plaintiff has produced numerous effective marketing solutions for

community organizations that promote Public Safety through Conflict

Resolution.

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 8

25. Despite having been met with life threatening opposition, and public outrage, Plaintiff, did covertly prevent outsiders from extorting and/or illegally profiting from the late ERMIAS JOSEPH ASGHEDOM a/k/a/ NIPSEY HUSSLES' legacy, and the "MARATHON" brand he created.

26. Plaintiff, bravely, under significant goodwill, and on behalf of the late ASGHEDOM heirs, ON May 16, 2019, did apologetically and without malice, file an application with the USPTO for the trademark "THE MARATHON CONTINUES", serial numbers 88432608 and 88608749. (Attached herewith as "Exhibit D")

27. Plaintiff did, through intentional goodwill, secure the mark "THE MARATHON CONTINUES", which legally kept the Mark, "THE MARATHON CONTINUES", form being available for others to extort.

28. Once secured, and as early as time permitted, Plaintiff engaged with the Cochran Firm and embarked upon extreme vetting measures to ensure that ALL rights to Nipsey Hussles' "THE MARATHON CONTINUES", were relinquished ONLY to the heirs of the ERMIAS ASGHEDOM ESTATE. HOLLIS did not request or receive any monies in the settlement. (Attached herewith as "Exhibit E)

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 9

29. Due to Plaintiffs extensive use of the Mark, CRIPS, Plaintiff has been recognized in numerous articles appearing in both trade publications and those directed to the general public, including Billboard, Bloomberg Law, Complex, BET, and Vibe.

30. Plaintiff has worked feverishly over the past 10 years to encourage and to protect the right to public safety, and human life in conjunction with the service mark.

31. Plaintiff launched an internal campaign in 2018 aimed to pushback at very unsuspecting, well dressed hip-hop music executives, like Defendant, COURTNEY SILLS who continually use their public personas, influence and money to further supply and perpetuate violence and the senseless loss of life in our communities throughout the country. (Attached herewith as "Exhibit F)

32. Plaintiff is a patented inventor of the "Baby Hair Edge Pro", beauty device. (Attached herewith as "Exhibit G)

33. Plaintiff is a formerly incarcerated ex-gang member who has acquired the necessary life skills to live and to assist others in living a meaningful, productive and crime free life.

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETITION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 10

34. Plaintiff has pioneered a non-profit organization with a focus on Black ingenuity. This program provides scholarships to the youth through the sales of merchandise that's consistent with Plaintiffs mark.

35. Plaintiff has paid her debt to society for past shortcomings. Plaintiff has exercised consistent self-awareness and critical thinking which has encouraged California Superior Court Judges to expunge and dismiss Plaintiffs past felony record.

36. Plaintiff has chosen to explore further options of acquiring a professional career as an attorney and is currently studying for the California BAR.

37. Defendants and/or their agents are known members and or affiliates of the notorious Rolling 60's street-gang.

38. Defendants and/or their agents have extensive and documented gang ties from Los Angeles to Georgia. (Attached herewith as "Exhibit H)

39. Defendants, and/or their agents are multi-grammy award winning rappers, and entertainment industry affiliates. (Attached herewith as "Exhibit I)

40. Defendant, Michael Render is a known Atlanta, Rolling 60 gang-member. Labeled a general, it is alleged he earned his gang-moniker "Killer Mike" from putting in work on unsuspecting victims (seemingly women).

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 11

41. Defendant, Killer Mike was recently arrested and charged with violently knocking a woman to the ground during a Los Angeles awards show.

42. Defendant, Eugene Henley is a self-proclaimed leader of the notorious Rolling 60's gang, and goes by Big U.

43. Defendant Big U is said to be known for initiating the Check-In trend. This soft form of extortion started when Big U began extorting many out-of-town entertainers to pay for protection upon their landing onto L.A. soil.

44. Defendant Big U is alleged to be responsible for the L.A. to Atlanta Rolling 60's connection.

45. Defendant, Big U, did have prior knowledge of Plaintiffs Mark and made aware that he was never given permission to use the Mark CRIP.

46. Defendant, Big U and/or his agent, affiliate KENYA WARE, made continuous efforts to fraud, infringe, conspire, counterfeit, willfully and maliciously upon Plaintiffs registered Mark, without Plaintiffs permission or licensing. (Attached herewith as "Exhibit J)

47. Defendant, COURTNEY SILLS, Bear, is a known shot caller and liaison for making deals, both in and outside of the industry.

48. Defendant COURTNEY SILLS and WILL BRONSON are both known to work in conjunction with one another to manage the entertainment career of Killer Mike.

49. Defendant, WILL is known to have had prior knowledge that Plaintiff owned the Mark. (Attached herewith as "Exhibit K)

50. Defendant, WILL did knowingly, willingly, maliciously, conspire, defraud and infringe upon Plaintiffs Mark.

51. Defendant, CHARLESTON WILSON, was served an immediate demand to Cease and Desist, and to immediately stop the sale, advertising, posting, promotion, distribution, offering any and all merchandise bearing Plaintiffs Mark. (Attached herewith as "Exhibit L)

52. Defendants and/or their agents are known affiliates with close ties to popular Atlanta rapper Clifford Harris, a/k/a/ T.I.

53. T.I., is an industry executive, rapper, and owner of The Trap Museum. With a history of run-ins with the law, T.I. was indicted for being in possession of illegal machine guns and silencers. TI served time in prison after being convicted on Federal weapon and guns charges.

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETITION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 13

54. TI, along with other well-known celebrities have promoted and sold counterfeit merchandise on popular platforms such as NETFLIX, The Breakfast Club, and Revolt bearing Plaintiffs Mark. (Attached herewith as "Exhibit M)

55. Defendants and/or their agents are known affiliates, with close gang ties to popular Atlanta rapper Sergio Kitchens, a/k/a Gunna. Gunna is a documented member of the notorious Rolling 60's street-gang. (Attached herewith as "Exhibit H)

56. Gunna, recently plead guilty to RICO charges in the ongoing, infamous YSL case.

57. Defendants and/or their agents, and affiliates publicly camouflage as unsuspecting activists and entertainers who perpetuate acts of domestic terrorism for gangs throughout communities from Los Angeles to Atlanta.

58. Defendants, on February 20, 2019, communicated via text message of having prior knowledge that Plaintiff was the sole owner of the Mark(s). (Attached herewith as "Exhibit K)

59. Defendants filed an application with the USPTO, on June 13, 2019, for Defendants same exact Mark. (Attached herewith as "Exhibit N)

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETITION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 14

60. Defendants operate an online storefront which markets, distributes, and retails, counterfeit CRIPS merchandise utilizing the website http://WWW.EXOTICPOPDISTRIBUTION.COM. Plaintiffs only site for merchandise is https://WWW.CRIPSWORLDWIDE.COM

61. On January 1, 2023, in its ongoing investigation of counterfeit sales of the CRIPS brand, Plaintiff purchased counterfeit beverages from Defendants for a cost of $50.00 charged to the account of Plaintiff's investigator. (Attached herewith as "Exhibit L)

62. Defendants have intentionally, maliciously, and knowingly confused consumers by advertising the beverages bearing Plaintiffs Mark as CRIP A COLA Community Revolution In Progress.

63. Defendants have further maliciously, willfully, intentionally, and knowingly conspired to misrepresent themselves as brand owners of Plaintiffs tradename and Mark, and to deceitfully enter-into and secure a fraudulent collaborative partnership with world-renowned, billionaire entrepreneur, SHAWN CARTER (JAY-Z), and conspired to scam the mogul out of millions of dollars, without knowledge, or consent, or permission from Plaintiff. (Attached herewith as "Exhibit O")

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETITION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 15

64. Jay Z was featured on Grammy award winning producer, Pharrell Williams song, "Entrepreneur", where the extremely influential, mogul rapped about the Plaintiffs brand, Crip A Cola. (Attached herewith as "Exhibit O")

65. Despite having admitted via text message, that one of the Defendants' close associates,  mother of their child was in fact the owner of the Mark(s) CRIPS and BLOODS and had exclusive rights to the Mark, on June 13, 2019, Defendants and or their agents filed an application with the USPTO, serial number 88472671 for Plaintiffs Mark under the name CRIP A COLA.( Attached herewith as "Exhibit(s)  K & N")

66. On September 6, 2019, Defendants and or their agents received an application suspension letter from the USPTO for their application serial number 88472671.( Attached herewith as "Exhibit P")

67. Defendant's suspension letter for application serial number 88472671 stated the reason for suspension was because Plaintiffs application for serial number 88312848 and serial number 88025930 have a prior filing or effective date than Defendants application. If the mark for serial numbers 88312848 or 88025930 registers, the USPTO may refuse registration of

Defendants mark under Section 2(d) because of a likelihood of confusion with Plaintiffs registered mark(s). 15 U.S.C. 1052(d); see 37 C.F.R. 2.83; TMEP 1208.02( c ).

68. Defendants application serial number 88472671 was suspended until Plaintiffs prior-filed application serial numbers 88312848 or 88025930 either registered or abandoned. 37 C.F.R. 2,83( c ).

69. Plaintiffs prior-filed application serial number 88025930, registered for the famous Mark CRIPS, on October 8, 2019, registration number 5,877,377. Plaintiff abandoned prior-filed application serial number 88472671.

70. Plaintiffs Mark, CRIPS is famous, distinctive, non-descriptive, non-generic and has no meaning outside of being the acronym for COMMUNITY REVOLUTION IN PROGRES.

71. Defendants and or their agents are personal friends of Plaintiffs sons father, upon receiving first-hand information regarding Plaintiffs Mark, Defendants and or their agents acted in concert to conspire willfully, intentionally, maliciously, and egregiously to steal Plaintiffs intellectual

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 17

properties, and to use them as their own. (Attached herewith as "Exhibit K")

## FIRST CAUSE OF ACTION

## (FEDERAL TRADEMARK INFRINGEMENT UNDER SECTION 32, 34 OF THE LANHAM ACT 15 U.S.C. 1114(a), (1)(b), 1116(d) and 1117(b)(c)

72. Plaintiff repeated and re-allege every allegation set forth in the Complaint, as set forth herein.

73. Defendants were/are aware that Plaintiff is the registered trademark holder of the CRIPS brand. (SEE EXHIBIT A) Further, Plaintiffs registrations on the principal register give constructive notice of Plaintiffs ownership rights.

74. Defendants did not and with willful malicious intent, failed to obtain the consent or authorization of Plaintiff as the registered owner of the subject name and Mark to commercially distribute, sale, offer, exchange, broker, collaborate and market merchandise bearing the Plaintiffs Mark into the stream of commerce.

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 18

75. Defendant(s) willfully, maliciously, intentionally ad knowingly used in commerce the reproduction, counterfeit, copy, and or colorable imitation of Plaintiffs registered Mark in connection with the sale, offering for sale, distribution, or advertising of Plaintiffs goods by offering, advertising, promoting, retailing, selling, and distributing counterfeit beverages, namely soda, selling, and apparel bearing the trade name and Mark CRIP A COLA, COMMUNITY REVOLUTION IN PROGRESS.

76. Defendants reproduced counterfeited, copied, and colorably imitated Plaintiffs registered Mark and applied such reproduction, counterfeit, copy, or colorable imitation to labels, signs, flyers, signs, prints, packages, wrappers, receptacles and/or advertisements intended to be used in commerce upon or in connection with the sale, offering for sale, distribution, and/or advertising of goods. Defendants thereupon offered, advertised, promoted, retailed, sold and distributed through http;//www.exoticpopdistribution.com, http;//www.therealcripacola.com, and @cripacola on Instagram, the counterfeit beverages, namely soda and apparel bearing the trade name and Mark CRIPS COMMUNITY REVOLUTION IN PROGRESS IN CRIP A COLA.

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 19

77. Defendants did egregiously conspire intentionally, willfully, and maliciously to misrepresent themselves as owners of Plaintiffs trade name and Mark, CRIPS, and to deceitfully enter into and secure a fraudulent collaborative partnership with world renowned, billionaire, entrepreneur SHAWN CARTER, an individual, a/k/a/JAY Z. Defendants conspired to scam millions of dollars from SHAWN CARTER without the knowledge, or consent, or permission, or license to do so from Plaintiff.

78. Defendants egregious and intentional use and sale of fake, pirated, and counterfeit items, and defraud the consumer who believes that the merchandise is authentic items manufactured by Plaintiff, in violation of 15 U.S.C. 1114(a).

79. Defendants continue and knowingly use Plaintiff trade name and Mark without Plaintiffs consent or authorizations constitutes intentional infringement of Plaintiffs federally registered trademarks in violation of Section 32 of the LANHAM ACT, 15 U.S.C. 1114.

## SECOND CAUSE OF ACTION

## DILUTION UNDER SECTION 43(C) OF THE LANHAM ACT 15 U.S.C. 1125(C)

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK INFRINGEMENT [15 U.S.C. 1114 LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 20

80. Plaintiffs Mark is "Famous" within the meaning of the LANHAM ACT and is distinctive in the states in which trademark registration was obtained by virtue of its substantial inherent and acquired distinctiveness of the Mark, the extensive use in relevant states wide, and the advertising, and publicity of the Plaintiffs goods and services bearing the Mark.

81. As a result of the substantial inherent and acquired distinctiveness in Plaintiffs Mark, extensive use in the states in which registration was obtained, and the wide advertising and publicity of the Mark, Plaintiffs Mark has become strong and is widely identified and respected.

82. Upon information and belief, Defendants unlawful actions began long after Plaintiffs Mark became famous, and Defendants acted knowingly, deliberately, and willfully with the intent to the trade on Plaintiffs reputation and to dilute Plaintiffs Mark, Defendants conducts willful, wanton and egregious.

83. The actions of Defendants complained of herein are likely to injure the business reputation of Plaintiff and its Mark.

84. Defendants intentional sale of fake, pirated and counterfeit goods and services bearing Plaintiff and its likely to cause confusion mistake, or to

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 21

deceive, mislead, betray, and defraud consumers to believe that the substantial imitations are genuine CRIPS brand goods and services.

85. Defendants unauthorized and counterfeit use of Plaintiffs FAMOUS Mark has diluted and will continue to dilute and tarnish Plaintiffs name and Mark and is likely to detract from the distinctiveness of Plaintiffs Mark.

86. Defendants conduct is intended to trade on Plaintiffs reputation and goodwill and the quality and high standards of Plaintiffs goods and services, Defendants failure to meet Plaintiffs strict regulations of material, design, craftmanship, and services will mar the perception among consumers regarding Plaintiffs goods and services, will tarnish and dilute the strength and value of Plaintiffs Mark, and will saturate the market and culture with substandard and counterfeit goods and services.

87. Defendants egregious and intentional use and sale of fake pirated and counterfeit goods and services bearing Plaintiffs trademark is likely to cause confusion, or to cause mistake, or to deceive, mislead, betray, and defraud the consumer who believe the goods and services are authenticity manufactured by the Plaintiff.

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 22

88. Defendants continuing and knowing use of "CRIPS" constitutes

intentional infringement of Plaintiffs common law trademarks in violation

of 15 U.S.C. 1125© and California common law, as well as dilution and

injury to business reputation in violation of Cal. Bus & Prof. Code

14330et seq.

89. Plaintiff has no adequate remedy at law to compensate it fully for the

damages that have been caused and which will continue to be caused by

Defendants unlawful acts unless they are enjoined by this court.

## THIRD CAUSE OF ACTION

## TRADEMARK FALSE DESIGNATION OF ORIGIN UNFAIR

## COMPETETION AGAINST DEFENDANTS IN VIOLATION OF 15

## U.S.C. 1125(a)

90. Plaintiffs repeat and re-allege every allegation set forth in the Complaint,

as set forth herein.

91. Defendants conduct described above violate the LANHAM ACT, have

unfairly competed with and injured and, unless immediately restrained

will continue to injure Plaintiff, causing damage to Plaintiff in an amount

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 23

to be determined at trial, and will cause irreparable injury to Plaintiffs
goodwill and reputation associated with Plaintiffs Mark.

92. Defendants have the legal obligation and responsibility to conduct a
search before utilizing a trademark so as not to confuse or deceive
consumers as to the origin of its name and Mark.

93. Had defendants conducted a search they would have discovered Plaintiffs
long-time use of its Mark in commerce as well as its as well as its state
registrations.

(a) USPTO registration #5,877,377, issued October 8, 2019.

(b) USPTO registration #6.926.377, issued December 13, 2022

(c) California registration #201818010054, issued June 27, 2018.

94. Plaintiffs Mark is distinctive in the states in the states which trademark
registration was obtained by virtue of its substantial inherent and acquired
distinctiveness, extensive use in each state for which registration was
obtained and the extensive marketing and publicity of the Mark.

95. Defendants egregious, malicious and intentional use and sale of fake,
pirated and counterfeit items bearing Plaintiffs trademark unfairly
competes with Plaintiff and is likely to cause confusion, mistake or to

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERAL TRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 24

deceive, mislead, betray and defraud consumers to believe that the substandard imitation goods and services are genuine CRIPS goods and services.

96. Defendants continuing and knowing use of Plaintiffs Mark constitutes willful infringement, false designation of origin and unfair competition in violation of section 43(a) of THE LANHAM ACT, 15 U.S.C. 1125(a).

## FOURTH CAUSE OF ACTION

## COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(a)

## OF THE LANHAM ACT15 U.S.C. 1125(a)

97. Plaintiff repeats and re-allege every allegation set forth in the Complaint, as set forth herein.

98. Defendants unauthorized use of Plaintiffs Mark in interstate commerce wrongly and falsely designates, describes, or represents the infringing goods and services, and is likely to cause confusion, mistake and deception as to the affiliation, connection, or association of the infringing goods and services with Plaintiff.

99. Defendant's actions therefore violate Plaintiffs rights in its distinctive marks violation of 15 U.S.C. 1125(a).

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 25

100.    Defendants conduct with respect to Plaintiffs Mark has caused and

unless enjoined by this court, will continue to cause serious and

irreparable harm, while unjustly enriching Defendants, for which there is

no adequate remedy at law.

## FIFTH CAUSE OF ACTION

## UNLAWFUL, UNFAIR, FRAUDULENTBUSINESS PRACTICES

## AGAINST DEFENDANTS UNDER CALIFORNIA BUSINESS &

## PROFESSIONS CODE 17200 ET Seq.

101.    Plaintiffs repeats and re-allege every allegation set forth in the

Complaint as set forth herein.

102.    Defendants have committed all of the aforesaid acts of infringement,

maliciously, deliberately, willfully, and oppressively, without regard to

Plaintiffs legal, contractual, and exclusive propriety rights.

103.    Defendants acts and practices as detailed above constitute acts of

unlawful, u nfair, or friendly business acts and practices within the

meaning of California Business & Professions Code 17200.

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETITION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 26

104.    Defendants have engaged in transactions that are in violation of

numerous provisions of California law. Strict liability may be applied even

if Defendants acts have violated only one of the provisions set forth above.

105.    Pursuant to California Business & Professions Code 17203, Plaintiff

seeks an order from this Curt prohibiting Defendants from engaging or

continuing to engage in the unlawful, unfair, or fraudulent business acts or

practices set forth in this Complaint and/or ordering that Defendants

perform their obligations under the law and cancel any illegal obligations.

106.    Plaintiff additionally requests an order from this Court requiring that

Defendants disgorge profits and return or pay Plaintiff all of Defendants ill

gotten gains obtained from the illegal transactions, and or pay restitution,

including the amount of monies that should have been paid if Defendants

complies with their legal obligations, or, as equity requires.

107.    Plaintiff further requests a Court order that an asset freeze or

constructive trust be imposed over all monies in Defendants possession

which rightfully belong to Plaintiff.

## SIXTH CAUSE OF ACTION

## UNJUST ENRICHMENT AGAINST DEFENDANTS

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1)
FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK
DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE
DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER
SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE
17200}; AND(6) UNJUST ENRICHMENT - 27

108.   Plaintiff repeats and re-allege every allegation set forth in the

Complaint, as set forth herein.

109.   By virtue of the egregious and illegal acts of defendants as described

above, Defendants have unjustly enriched in an amount to be proven at

trial.

110.   Defendants retention of monies gained through its deceptive business

practices, infringements, acts of counterfeit and otherwise would serve to

be contrary to the interests of justice.

111.   Wherefore. Plaintiff, TIA HOLLIS prays for judgment against

Defendants, as follows:

A. For damages in the amount of $50,000,000.00 Fifty-Million dollars,

   and/or an amount to be proven at trial for trademark infringement

   under U.S.C. 1114/LANHAM ACT 43(a)

B. For damages in an amount to be proven at trial for false designation of

   origin under 15 U.S.C. 1125(a)

C. For damages in an amount to be proven at trial for trademark dilution

   under 15 U.S.C. 1125(c)

D. For damages to be proven at trial for common law unfair competition.

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330) (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 28

E. For damages in an amount to be proven at trial for unfair, fraudulent and illegal business practices under Business & Professions Code 17200

F. For an injunction by this Court prohibiting Defendants from engaging or continuing to engage in the unlawful, unfair, or fraudulent business acts or practices described herein.

G. For an order from the Court requiring that Defendants provide complete accounting for equitable relief, including that Defendants disgorge and return or pay their ill-gotten gains obtained from illegal transactions entered into and pay restitution, including the amount of monies that should have been paid if Defendants compiled with their legal obligations, or as equity requires.

H. For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendants possession which rightfully belong to Plaintiff

I. For destruction of the infringing articles in Defendants possession under 15 U.S.C. 1118

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330} (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 29

J. For treble damages suffered by Plaintiff as a result of the maliciously willful and intentional infringements and acts of counterfeiting engaged in by Defendants, under 15 U.S.C. 1117(b)

K. For damages in an amount of $50,000,000.00 Fifty-Million dollars, and/or any amount to be proven at trial for unjust enrichment

L. For all costs of suit; and

M. For such other and further relief as the Court may deem just and equitable

## JURY DEMAND

**Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff TIA HOLLIS respectfully demands trial by jury on all issues raised by this Complaint.**

**DATED: March 13, 2024        Respectfully submitted**

**TIA HOLLIS    IN PRO-PER**

COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, AND DECLARATORY RELIEF;(1) FEDERALTRADEMARK  INFRINGEMENT [15 U.S.C. 1114  LANHAM ACT 32. 34](2) TRADEMARK DILUTION {15 U.S.C. 1125(C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330] (3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)](4) COMMONLAW UNFAIR COMPETTION UNDER SECTION 43(A) (5) UNFAIR BUSINESS PRACTICES {CALIFORNIA BUSINESS & PROFESSIONS CODE 17200}; AND(6) UNJUST ENRICHMENT - 30

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# Crips

**Reg. No. 5,877,377**

**Registered Oct. 08, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Crips LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)
3720 Barham Blvd #107
Los Angeles, CALIFORNIA 90068

CLASS 35: Association services, namely, promoting the interests of Community Organizers; Club services, namely, promoting the interests of Community Organizers; Organizing chapters of local neighborhood clubs and promoting the interests of the members thereof, including by promoting public safety, promoting job training and employment, and organizing job fairs; Political action committee services, namely, promoting the interests of Community Organizers in the field of social change; Providing marketing solutions, namely, arranging and conducting community events for promotional purposes

FIRST USE 1-1-1969; IN COMMERCE 1-1-1984

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-025,930, FILED 07-05-2018



Director of the United States
Patent and Trademark Office

32

# EXHIBIT B

# United States of America

### United States Patent and Trademark Office

# Crips

**Reg. No. 6,926,377**
**Registered Dec. 13, 2022**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Crips LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
3455 Wilshire Blvd. Ste 2100
Los Angeles CALIFORNIA 90010

CLASS 41: Entertainment services; Entertainment in the nature of visual and audio performances; Entertainment services in the nature of production of television show; Entertainment namely production of music live show; Music production services; Music production services, in the nature of television and film; audio; Organizing community sporting and cultural events

FIRST USE 1-1-2019; IN COMMERCE 1-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5,573,577

The wording "CRIPS" has no meaning in a foreign language

SER. NO. 90-475-660, FILED 01-19-2020



Katherine Kelly Vidal

**Director of the United States**
**Patent and Trademark Office**



# EXHIBIT C

# United States of America

## United States Patent and Trademark Office

# Bloods

**Reg. No. 6,026,461**

**Registered Apr. 07, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Bloods LLC  (CALIFORNIA LIMITED LIABILITY COMPANY), DBA Bloods LLC
3720 Barham Blvd #107
Los Angeles, CALIFORNIA 90068

CLASS 35: Association services, namely, promoting the interests of Community Organizers; Club services, namely, promoting the interests of Community Organizers; Organizing chapters of a Brotherly Love Overrides Oppression and Destruction club and promoting the interests of the members thereof; Political action committee services, namely, promoting the interests of Community Organizers in the field of social change as well as promoting public safety, training and employment; providing marketing solutions for community organizers

FIRST USE 1-1-1972; IN COMMERCE 1-1-1984

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-025,901, FILED 07-04-2018



Director of the United States
Patent and Trademark Office





# EXHIBIT D





# Crips Issu <span>≡</span>  COMPLEX  <span>Q</span>  family: 'There Will Absolutely Be No Trademark Legal Battle'

The organization has conceded to the family's wishes.

BY XAVIER HAMILTON                                      Jul 03, 2019

             



Getty

*Image via Getty/Bennett Raglin/BET*

**Since** Nipsey Hussle's passing his family has been overwhelmed with several legal battles. Now their burdens have gotten a little lighter as their case against the official Crips organization has been resolved.

According to *The Blast,* an official for the Crips LLC released a statement claiming that the organization that was formed on behalf of the Crips street gang will not move forward with trademarking Hussle's "The Marathon Continues" slogan. They also issued an apology to Hussle's family while offering to relinquish all rights to Nipsey's intellectual property.

"There will absolutely be no trademark legal battle between their organization and Blacc Sam, brother of the late Nipsey Hussle," the organization told *The Blast.* " [The Crips] respectively vows to support the wishes of Lauren London and the Asghedom family... We realize that our actions may have been offensive and we have reached out to his family, respectively Nip's sister, Samantha Smith."

The organization's corporate communications director, William King Hollis, went on to explain that at the time of Hussle's death the rapper and the Crips LLC were working on a "mutual collaboration" that required the slogan. This was why they filed a trademark on the phrase, not to undercut the family during their time of grief.

"We are deeply sorry for any disruptions and melee that the trademark acquisition may have caused to his family, friends and fans," Hollis said.

As reported, Hussle's brother Blacc Sam filed an application to trademark the phrase in May. Less than two weeks prior, the Crips LLC made their request to trademark "The Marathon Continues." According to the organization, they wanted to use the

slogan to promote "gang intervention" programs and community activism. Although neither application mentioned the other, Blacc Sam and the Crips were destined for a legal standoff to see who has rights to the phrase. Fortunately, this was averted by the organization conceding to the family's wishes.

## Related Stories



Nipsey Hussle, a True Hometown Hero



Blueface Pays Respects to Nipsey Hussle

FAMILY    GANGS    COURT    CRIPS    NIPSEY HUSSLE    NEWS

**SHARE THIS STORY**

   



00:00 / 1:03:22

# EXHIBIT E



**EXCLUSIVE**

## NIPSEY HUSSLE
# ESTATE SETTLES 'MARATHON' BEEF WITH CRIPS

  

3/25/2021 2:03 PM PT

The marathon continues, but the marathon feud **Nipsey Hussle**'s estate had with the Crips is over ... thanks to a settlement of a lawsuit.

Nipsey's brother, **Samiel Asghedom**, just informed the court in writing that the estate's reached the settlement with Crips LLC. The notice was filed Thursday in L.A. County court.

# EXHIBIT F

**higherlevelbear**  •••



    

Liked by **cuzlightyear** and **572 others**

 **higherlevelbear** Happy C day to my brother @since we first met in 1988 when Lockhart said "Come up here, this dude say he a Crip". 🌀. You stood up Like... more

View all 69 comments

**cuzlightyear** big N's 🖤

July 10, 2020



❤️  💬  ✈️                                                  🔖

🌐 Liked by **therealrogerbonds** and **728 others**

**higherlevelbear** I know some of the stuff we all see on social media is considered to be entertaining, but there is a point where we as a people/community must draw A line somewhere.  A long standing RULE is and has always been "keep the women and children out of it, period". "Women and children are off limits". So when do WE DECIDE to enforce that rule and use our voice as do other people of power and influence to throw a "flag on the play"  and suspend the bs from social media, deeming it unsuitable to be promoted, seen or heard?  #attentionseeker #chaoscreator #instigator #aggitator #igniter #aggravator #trapsetter #itsaSetup  #neverreactoffemotions #stayfocused #GodfightsforUS #cantgiveitanynergy

45

# **EXHIBIT G**

 **babyhairedgepro**
Los Angeles, California

· · ·

# L.A. Woman Who Was Jailed Falsely Accused & Facing 21 Years in Prison Represents Herself In Court Gets Charges Dismissed And Becomes Inventor Of Million Dollar Baby Hair Brush Brand



babyhairedgepro.com

47

# EXHIBIT H

 **higherlevelbear**                                    • • •



                                      

 Liked by **nfncthelabel** and **607 others**
**higherlevelbear** Happy C day @snoopdogg  Love and
respect Crip!!!
49



            

 Liked by **imgonzoe** and **375 others**

**higherlevelbear** #triggerwarningwithkillermike 🔥🔥🔥
Viewing and Discussion w/ @killermike last night. 💪
@theory_comm 🔥 #cripacola #bloodpop ⚫⚫... more

View all 16 comments

**bigboi** NaybaHood !                                                    

  **imgonzoe** @bigboi #nh                                                



**higherlevelbear**



  Liked by **therealrogerbonds** and **443 others**

**higherlevelbear** Damn, this news got me down.  1e11um N peace to my big bro #Monster  My condolences to his family and his Homies @therealdubwc @icecube... more

51

1:39



HIGHERLEVELBEAR
**Posts**

higherlevelbear                              ...



  bigu1

♡  ◯  ◁                                      ⊓

 Liked by **cuzlightyear** and **290 others**

higherlevelbear #Repost @bigu1 with @make_repost

Me and My Partners @higherlevelbear @qcmceo_p... more

View all 10 comments

nelsondixon Awesome. Where do I find cripcola 🖤        ♡

    higherlevelbear @nelsondixon  The Trap museum        ♡

October 28, 2020

⌂         Q         ▣         🛍         

 **higherlevelbear**                                                                 • • •



♡   ◯   ◁                                                                                     ⊓

 Liked by **cuzlightyear** and **232 others**

**higherlevelbear** sendN the biggest Happy C day to my
Naybor @gunna  Cuz, I hope the world kNowes you earned
this shit the left way by hard WorC.  You always been
SOLID Loc.  I also hope that all our homies are inspired and
motivated by your accomplishments.  #SPC #Westside
#FourSeason #Blvd #OldNat #NawfSide  Keep pushN the
line Serge'  #RipTroup #RipbigC

 **higherlevelbear**    • • •



 Liked by **therealrogerbonds** and **248 others**

**higherlevelbear** The Homies!!! Gotta Respect these two MEN, and their Journey #thedoggpound #DPGC @dazdillinger @kurupt_gotti #LBC... more

View all 14 comments

**5ive_mics** 🐐 🐐 🐐    54    

 **higherlevelbear**
College Park, Georgia



♡ ◯ ◁                                    ⊓

 Liked by **cuzlightyear** and **717 others**

**higherlevelbear** Your day is Coming up bro 12/10.  We gon rep for you from Atl-Chi-LA-Miami-Vegas-NYC 😷😷😷 🖤🖤🖤 #LLkingTroup #AlwaysLoveandRespect #missyoubro  @tip @nelly

**higherlevelbear**



 Liked by **nfncthelabel** and **679 others**

**higherlevelbear** @nfncthelabel  We just Roll different!! We
StiC by the Code.  To get it, you must give it,  we govern
ourselves w/ Self Respect, we stand up Straight, we push
our line to improve upon ourselves w/o demeaning anyone
else. #Love&Respect @mrrugs @bkrube @troubleman31
@qcmceo_p @hoodgod_  #afewGoodmen  @diddy
#revoltsummit2019 shout out @dazdillinger for the 

View all 35 comments

**5ive_mics** 🔥

# EXHIBIT I




*VARIETY*


**Just Add Chocolate**
The Coffee Bean & Tea Leaf


HOME > MUSIC > NEWS

February 4, 2024 4:49pm PT

# Rapper Killer Mike Arrested at Grammys for Battery After Winning 3 Awards

By Jordan Moreau



Getty Images for The Recording A

 **higherlevelbear**
Beverly Hills, California                                      • • •



♡  ⬭  ◁                    • • •                                🔖

 Liked by **cuzlightyear** and **766 others**

**higherlevelbear** Thankful for this One Big win/moment in time.  The fact of the matter is there were sooooo many many things (battles/loses/wins) over the last past... *more*

# EXHIBIT J







# EXHIBIT K



**Phone**    4:25 PM

**Will** >

Feb 20, 2019, 12:59 PM

D meet Will,  Will  meet D. D is my guy who i told you about who the mother of his child Owns the word Crip and Blood.  Wanted to connect you both.  D is family and a music industry vet..  @

Nice to meet you over text , Will. I would like to connect you to Tia ,my son mom whenever time permits

Thanks bear! For sure. I get back to LA in a few days and back working. Just let me know and we will make it happen

ɔologies all iust notice

Text Message

 **higherlevelbear**                                                                      •••





  Liked by **willisactive** and **380 others**

**higherlevelbear** @bearstrongnpo
@bear_with_me_podcast Gods grace and mercy.
#Imabeliever... more

View all 32 comments

November 1, 2022

6A

**higherlevelbear** · · ·

Courtney "Bear" Sills is one of the entertainment industry's most innovative figures. In each of those spaces, the College Park, GA native has impacted culture and led people to find their paths. Continuing on that path in an act of service, he is Founder/President of Bear Strong, Inc. By way of this initiative he is committed to assisting with the transformation of the community that fostered him. His goal is to inspire the youth and assist them with understanding that their mind is their strongest muscle. As a skilled martial artist, he learned core principles of mindfulness as a practice. He wants to send the message that it is important to think before you act, hence the logo of the seemingly contemplating bear. Exercise your mind as a muscle.

 Liked by **willisactive** and **380 others**

**higherlevelbear** @bearstrongnpo @bear_with_me_podcast Gods grace and mercy. #Imabeliever... more

View all 32 comments

November 1, 2022

65

**higherlevelbear**                                                    • • •

An astute businessman, this is simply an addition to his diversified portfolio of strategic alliances.

Sills is a founding member of the label imprint No Face No Case that launched in 2019. He served as an associate producer of the VH1 documentary "***The Untold Story of Atlanta Rise,***" and is a partner in the beverage brand **Crip-a-Cola/Blood Pop** alongside Killer Mike, where he also functioned as a casting agent on behalf of the brand for the series "***Trigger Warning,***" on Netflix.

Sills' most honorable act is being the husband to Dr. Tina Sills and a father to three sons, Corey, Josiah and Courtney II.

*lele*

# EXHIBIT L



To: **Mr. Charles J. Wilson**
Exotic Pop Distribution, LLC
2100 West Loop South # 800
Houston, TX 77027

**URGENT DEMAND**

**Dear Mr. Charleston Wilson,**                    October 24, 2022

I am a member of Crips LLC and presently representing the organization in this matter.

Please be advised that your company and all of its affiliates are currently selling, offering and distributing a beverage Crip-A-Cola. This trademarked brand which is owned and used in commerce by our organization, Crips LLC has not granted or licensed any permission to you, your company or affiliates to offer, give, sell or distribute this product.

We demand that you, your company and all affiliates either turnover or destroy any and all merchandise carrying the Blood(s) and or Crip(s) trademark immediately. Our organization will give you, your company and all affiliates to meet this demand by no later than October 31, 2022.

To that end, please;
1) Deliver/destroy all inventory with our trademark and
2) Please notify us by certified mail no later than October 31, 2022 confirming compliance of said demand.

Please note that if the above demand is not met we will be forced to pursue legal matters.

Sincerely,

T.L. Hollis
Director

**Crips LLC & Bloods LLC**

323.825.9300
5455 Wilshire Blvd Ste 2100
Los Angeles, CA 90036

(CERTIFIED COPY)
68

October 13, 2022
7:44 PM

 **exoticpop**
Atlanta, Georgia    •••



  

**103 likes**

**exoticpop** Happy C Day @paid_getn_paid of @cripacola

69



**12:49**

October 13, 2022
9:05 AM

Edit

# Your cart



**Crip-a-Cola**

− 2 +

$100.00

ℹ Special instructions for seller

**Subtotal**  **$100.00**

All orders will be processed within 3-5 business days.
Please keep in mind Exotic Pop is closed Saturday &
Sunday and packages will not be processed or shipped
these days.

# EXHIBIT M



June 2, 2022
11:34 PM

‹    Edit    

 **higherlevelbear**    •••



@cripacola

@troubleman31

♡  ○  ◁                                            ◻

 Liked by **willisactive** and **390 others**

**higherlevelbear** The most interesting man in the world @troubleman31 Stay thirsty my friends.. #changingthenarrative @cripacola #bloodpop Society would like to Group all people associated or affiliated in one small limited terrible circle, GUESS WHAT? That's why We are CHANGING THE NARRATIVE!! #Thinkoutsidethebox #reinvention #revolution #SeeyourValue #GameChanger @killermike





**3,727 views**

**exoticpop** B BLOOD POP & CRIP A COLA ALERT 🧍
🎤 @diddy on how to deal with HATERS!! @revoltsummit
📼 @exoticpop is proud to announce that we are the
official exclusive distributor of @cripacola &
@bloodpopcola!! We are also proud to announce that we
will be donating a large portion of the proceeds to
#developingoptionsLA and #developingoptionsATL, a
public charity!! With each purchase of @bloodpopcola &
@cripacola, your charitable contributions will benefit our
beloved communities of color all across the country. S/O
@paid_getn_paid aka @exoticpop__atl for being one of the
visionaries of the brand. S/O @killermike for bringing this
vision to life!! @vincestaples & @diddy #teamexoticpop!!

 **higherlevelbear**                                                                    • • •



    

♡ ◯ ◁                                                                                            ⊓

Liked by **willisactive** and **227 others**

**higherlevelbear** Successful trip to LA..
#ChangingtheNarrative #alhamdulillah  @dynastydoe
@blue_lbc @killermike @snoopdogg @bigu1 and Myself.
@cripacola @bloodpopcola  Respect to all the bro's that
we met and delivered product to.  #historyisbeingmade

74



31:17  —2:29:12

## Killer Mike- The Atlanta Way

 expediTIously with Tip "T.I." Harr

  

7,987 views

**exoticpop** @exoticpop is proud to announce that we are the official exclusive distributor of @cripacola & @bloodpopcola!! We are also proud to announce... more

View all 19 comments

October 2, 2019

    

# EXHIBIT N

## Trademark/Service Mark Application, Principal Register

Serial Number: 88472671
Filing Date: 06/13/2019

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 88472671 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\884\726\88472671\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | CRIP-A-COLA |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | The color(s) blue and white is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the words CRIP-A-COLA in white stylized font on a blue background. Above the words is a white stylized infinity symbol with the right portion removed in the shape of a sideways V. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 800 x 250 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Michael Render Group, LLC |
| *STREET | 5665 New Northside Drive, Ste. 110 |
| *CITY | Atlanta |
| *STATE (Required for U.S. applicants) | Georgia |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 30328 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Georgia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Clothing, namely shirts and sweatshirts |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 032 |
| *IDENTIFICATION | Beverages, namely soft drinks |
| FILING BASIS | SECTION 1(a) |

71

# EXHIBIT O

# Jay Z now part owner of the "Crip-A-Cola" soda company by Killer Mike

Killer Mike launched a new soda venture in 2019: where he got Crips and Bloods to come together to collaborate on "Crip-a-Cola" and "Blood Pop." He spoke about the collaboration during an interview on *The Late Show with Stephen Colbert,* and he explained that he wanted to introduce a legal product that would benefit the gang rivalry.



🔒 hiphopcrownnation.com



HIPHOP CROWN NATION 👑
Aug 22, 2020

# Jay Z now part owner of the "Crip-A-Cola" soda company by Killer Mike

Killer Mike launched a new soda venture in 2019: where he got Crips and Bloods to come together to collaborate on "Crip-a-Cola" and "Blood Pop." He spoke about the collaboration during an interview on *The Late Show with Stephen Colbert,* and he explained that he wanted to introduce a legal product that would benefit the gang rivalry.



## Jay-Z to Become Part Owner of "Crip-A-Cola"

On Friday (Aug. 20), Consisting of Atlanta *native* rapper *Killer Mike announces* Shawn Corey Carter partnership with "Crip-A-Cola" on instagram [via] I sincerely appreciate my brother and 🐐 status Emcee/entrepreneur, Jay Z. He is a model for taking the "Dope Man" mentality and advancing it into



## Entrepreneur

Song by Pharrell Williams

Overview   Lyrics   Videos   Listen

I am black ambition
I am always whisperin'
They keep tellin' me I will not
But my will won't listen
Gravity on a black man
With everything on his back and
His family and passion
If the doors ain't crackin'

You gotta let go (let go)
If you wanna fly, take the leap
You gotta risk it all (risk it all)
Or there'll be lots of things you'll never see
You gotta let, let go
'Cause you never know
What's in store
Mr. Entrepreneur

In this position with no choice
A system imprison young black boys
Distract with white noise
The brainwashed become hype boys
Third eye dilate
You ain't supposed to make it off Section 8
Robbin' Peter just to pay Paul
Prepare to risk everything

You need to let go (let go)
If you wanna fly, take the leap
You gotta risk it all (risk it all)

Or there'll be lots of things you'll never see
Remember, black is space
And it's the color of your face
There will be no sunny days
If Black went away

Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man

Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, black man
Black man, Black man, Black man

Don't go chasin' waterfalls
Please stick to the drip that you're used to
They don't make 'em like they used to

Uh, lies told to you
Through YouTubes and Hulus
Shows with no hues that look like you do
Black Twitter, what's that?
When Jack gets paid, do you?
For every one Gucci, support two FUBU's
Sippin' Crip-a-Cola
Consumer and a owner
'Til we all vertically integrated from the floor up
D'Ussé pour up
Sip Ace 'til I throw up
Like gang signs, 'cept I bang mines for both ya
Serial entrepreneur, we on our own
Stop sittin' around waitin' for folks to throw you a bone
If you can't buy the building, at least stock the shelf (word)
Then keep on stacking 'til you stocking for yourself, uh
See everything you place after black

# EXHIBIT P

U.S. Application Serial No. 88472671

Mark: CRIP-A-COLA

Correspondence Address:
  KRISTINE A. TIETZ
  ROBINS KAPLAN LLP
  800 LASALLE AVENUE, STE 2800
  MINNEAPOLIS, MN 55402

Applicant: The Michael Render Group, LLC

Reference/Docket No. 128495.0000

Correspondence Email Address:
  ktietz@robinskaplan.com

## SUSPENSION NOTICE
## No Response Required

**Issue date: September 06, 2019**

**The application is suspended** for the reason(s) specified below. *See* 37 C.F.R. §2.67; TMEP §§716 *et seq.*

**USPTO database searched; prior-filed potentially conflicting pending application(s) found.** The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting registered marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02. However, a mark(s) in a prior-filed pending application(s) may bar registration of applicant's mark.

The pending application(s) below has an earlier filing date or effective filing date than applicant's application. If the mark in the application(s) below registers, the USPTO may refuse registration of applicant's mark under Section 2(d) because of a likelihood of confusion with the registered mark(s). 15 U.S.C. §1052(d); *see* 37 C.F.R. §2.83; TMEP §§1208.02(c). Action on this application is suspended until the prior-filed application(s) below either registers or abandons. 37 C.F.R. §2.83(c). Information relevant to the application(s) below is provided in this letter.

   - U.S. Application Serial No(s). 88312848 and 88025930

**Suspension process**. The USPTO will periodically check this application to determine if it should remain suspended. *See* TMEP §716.04. As needed, the trademark examining attorney will issue a letter to applicant to inquire about the status of the reason for the suspension. TMEP §716.05.

**No response required.** Applicant may file a response, but is not required to do so.

Edward Payabyab
/Edward Payabyab/
Trademark Examining Attorney
Law Office 128
(571) 272-0021
edward.payabyab@uspto.gov

84