UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   **CV 24-2292-MWF(BFMx)** | Date: August 15, 2024 |
| Title   *Tia Hollis v. Michael Render, et al.* | |

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on March 20, 2024. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on June 18, 2024. In light of the delay in ruling on Plaintiff's Request to Proceed In Forma Pauperis (Order filed May 14, 2024 (Docket No. 10)) and Plaintiff's payment of the filing fee on June 14, 2024 (Docket Nos. 11 and 13), the Court will allow Plaintiff additional time to comply with Fed. R. Civ. P. 4(m).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 13, 2024**.

- By Plaintiff: Proofs of Service of the of Summons and Complaint on all Defendants.

Plaintiff should immediately file a Request for Clerk to Issue Summons. Once the Summons is issued, Plaintiff must serve all Defendants and file Proof of Service.

AND/OR

- By Defendants: Responses to the Complaint

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-2292-MWF(BFMx)**                                           Date:  August 15, 2024

Title   *Tia Hollis v. Michael Render, et al.*

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **SEPTEMBER 13, 2024,** will result in the dismissal of this action.

IT IS SO ORDERED.

Plaintiff is directed to review the Self-Representation Order (Docket No. 12), filed on June 17, 2024.

**PRO SE CLINIC**:  Although Plaintiff is proceeding pro se, *i.e.*, without legal representation, Plaintiff nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure.  *See* C.D. Cal. L.R. 83-2.2.3.  The Court cannot provide advice to any party, including pro se litigants.  The Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.