**TIA HOLLIS**
9777 Wilshire Blvd. Ste. 400
Beverly Hills, CA 90212
(323) 825-9300
officialcripsllc@gmail.com
**IN PRO SE**

FILED

2025 APR -7  PM 4:42

LE K U S. DISTRIC  COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

UNITES STATES DISTRICT COURT
CENTRAL DISTRICT

| | |
|---|---|
| TIA HOLLIS, Individually<br><br>Plaintiff,<br><br>vs.<br><br><br>MICHAEL RENDER, An individual, DBA The Render Group LLC, The Swag Shop<br><br>EUGENE "Big U" HENLEY, An individual, DBA Developing Options, Uneek Music<br><br>COURTNEY SILLS, An individual DBA Sills Entertainment.        ,<br>Developing Options<br><br>Defendants, | Case No:  2:24-cv-02292-MWF-BFMx<br><br>**FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT; DAMAGES, ABD DECLARATORY RELIEF;**<br><br>**(1) FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. 1114 LANHAM ACT 32. 34]**<br><br>**(2) TRADEMARK DILUTION [15 U.S.C. 1125 (C); CALIFORNIA BUSINESS & PROFESSIONS CODE 14330]**<br><br>**(3) FALSE DESIGNATION OF ORIGIN [15 U.S.C. 1125(A)]**<br><br>**(4) COMMON LAW UNFAIR UNDER SECTION 43(A)**<br><br>**(5) UNFAIR BUSINESS PRACTICES [CALIFORNIA BUSINESS & PROFESSIONS CODE 17200]; AND**<br><br>**(6) UNJUST ENRICHMENT**<br><br>**Honorable Michael W. Fitzgerald** |

COMES NOW, PLAINTIFF TIA HOLLIS, Individually, to hereby file its First Amended

Complaint against Defendants, MICHAEL RENDER, EUGENE "BIG U" HENLEY, and

COURTNEY SILLS, and DOES 1-20, inclusive (collectively "Defendants")

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as the claims arise under the Lanham Act, 15 U.S.C. § 1051 et seq., including but not limited to violations of 15 U.S.C. § 1125(a) (Section 43(a) of the Lanham Act). The Court also has supplemental jurisdiction over related state law claims pursuant to 28 U.S.C. §§ 1367(a) and 1338(b).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because, upon information and belief, a substantial part of the events or omissions giving rise to the claims occurred within this district, and one or more defendants reside, conduct business, or are otherwise subject to personal jurisdiction in this district.

3. This Court has personal jurisdiction over all Defendants because, on information and belief, they reside in, transact business within, or have otherwise purposefully directed activities toward California, including within this judicial district. The exercise of jurisdiction over Defendants is consistent with traditional notions of fair play and substantial justice.

## SUMMARY OF ACTION

This is an action for federal trademark infringement and unfair competition arising under the Lanham Act, 15 U.S.C. § 1051 et seq., and related California state law claims. Plaintiff TIA HOLLIS, doing business as CRIPS, brings this action to enjoin and recover damages from the Defendants' unauthorized, deceptive, and willful use of Plaintiff's federally registered trademark.

Plaintiff holds exclusive licensing rights to U.S. Trademark Registration No. 6926177 and has continuously used the mark in commerce. Defendants COURTNEY SILL, MICHAEL RENDER (professionally known as "KILLER MIKE"), and EUGENE "BIG U" HENLEY have, without consent, used the trademark in commercial ventures including televised media, branded merchandise, and public promotional content, thereby creating a false designation of origin and misleading the public into believing that their products and projects are affiliated with, authorized by, or originate from Plaintiff.

Plaintiff alleges that Defendants' unlawful actions constitute trademark infringement, false designation of origin, contributory infringement, unfair competition, and false advertising under both federal and state law. Defendants' misconduct is ongoing and deliberate, and has caused—and continues to cause—irreparable harm to Plaintiff's brand, goodwill, and reputation. Plaintiff seeks monetary damages, declaratory relief, and a permanent injunction to stop Defendants' infringing conduct.

## PARTIES

6. Plaintiff TIA HOLLIS, an individual and the exclusive licensee of the federally registered trademark "CRIPS," (U.S. Reg. No. 58877377 & 6926377), with full rights to enforce the mark against infringers. and a resident of Los Angeles County, California.

7. Plaintiff is informed and believes that Defendant MICHAEL RENDER, an individual also known as "KILLER MIKE," doing business as THE MICHAEL RENDER GROUP, is now, and was at the time of the filing of this First Amended Complaint and at all intervening times, a resident of Georgia and a business operator throughout the United States. Plaintiff is further informed and believes that Render also owns or co-owns additional ventures including Bankhead Seafood, a restaurant in Atlanta, Georgia, recently opened in partnership and is located within the Bankhead neighborhood. Defendant maintains a principal business address at 365 Edgewood Ave NE, Atlanta, Georgia 30312. Plaintiff is further informed and believes that Defendant Render is an affiliated member of the Atlanta based, notorious Rollin' 60s gang, monikered "KILLER MIKE."

8. Plaintiff is informed and believes that Defendant EUGENE HENLEY, an individual also known as "BIG U," is a resident of the State of California. Defendant Henley conducts business under the names "DEVELOPING OPTIONS" and "UNEEK MUSIC," entities of unknown legal status with a principal place of business located at 5444 Crenshaw Boulevard, Los Angeles, California 90043. Plaintiff is further informed and believes that Defendant Henley is currently in federal custody at the Metropolitan Detention Center (MDC) in Los Angeles, following a 43-count federal indictment alleging his leadership role in a criminal enterprise associated with the Rollin' 60s Neighborhood gang. This indictment includes charges of murder, extortion, fraud, and tax crimes. Defendant Henley's alleged affiliation with the notorious Rollin' 60s Neighborhood gang, as it's leader is pertinent to this action, as it demonstrates his awareness of the CRIPS mark's significance and his intentional exploitation of its associated goodwill for commercial gain, monikered "HANNIBAL."

9. Defendant COURTNEY SILLS, an individual also known professionally as "HIGHER LEVEL BEAR," is a resident of the State of Georgia. Plaintiff is informed and believes that Mr. Sills operates under the business name "SILLS ENTERTAINMENT," a Georgia-based entity of unknown legal status with a principal place of business located at 320 Elderberry Trail, Fayetteville, Georgia 30214. Defendant Sills conducts business in interstate commerce and is subject to the jurisdiction of this Court. Plaintiff is further informed and believes that Defendant Sills is a known affiliated member of the Atlanta based, notorious Rollin' 60s gang.

## INJURY TO PLAINTIFF

14. Plaintiff, Tia Hollis, is the exclusive licensee of the CRIPS trademark(s), with full rights to use, sue, enforce, commercialize, inspect, and protect the brand known as "Community Revolution In Progress." Plaintiff operates under a valid and enforceable license agreement with Crips LLC and manages the website https://www.cripsworldwide.com as the official hub for goods and services bearing the mark.

15. Plaintiff is the exclusive licensee of United States Trademark Registration No. 5,877,377 (registered October 8, 2019) for International Class 35, covering business services. See Exhibit A.

16. Plaintiff is also the exclusive licensee of United States Trademark Registration No. 6,926,377 (registered December 13, 2022) for International Class 41, covering education, entertainment, and television services. See Exhibit B.

17. Plaintiff holds United States Copyright Registration No. PAu004134130 for the choreographic work "CRIP WALK," registered effective May 24, 2022.

18. Plaintiff is the exclusive licensee of United States Trademark Registration No. 6,026,461 (registered April 7, 2020) for the BLOODS mark in International Class 35. See Exhibit C.

19. Plaintiff's marks have achieved national and international recognition and are associated with social impact, gang intervention, and the advancement of human rights and community organizing.

20. Plaintiff has developed numerous programs and campaigns that utilize the CRIPS brand to deliver safe passage initiatives, conflict resolution services, job training, and social change throughout urban communities.

21. Plaintiff has been recognized in Billboard, Bloomberg Law, Complex, BET, and VIBE for her efforts to transform and protect the legacy of gang culture into an agent for peace and opportunity.

22. In 2019, following the assassination of activist and rapper Ermias Joseph Asghedom a/k/a Nipsey Hussle, Plaintiff—acting with no expectation of profit—filed for the trademark "THE MARATHON CONTINUES" to prevent third-party exploitation. See Exhibits D & E.

23. Plaintiff successfully secured that mark, and through pro bono coordination with The Cochran Firm, legally transferred rights to Nipsey Hussle's heirs, thereby shielding the brand from opportunists. Plaintiff received no financial compensation for this act of goodwill and did not at any time request compensation, financial reward, or other benefit in exchange for her actions. In the course of protecting the brand, Plaintiff was subjected to intimidation and extortion attempts by high-profile figures, including Marion "Suge" Knight and Eugene "Big U"

Henley, both of whom sought to gain control over The Marathon Continues trademark for personal and commercial gain. These threats further illustrate the dangerous climate Plaintiff navigated to preserve the integrity of the brand for the rightful heirs.

24. Plaintiff is also the patented inventor of the "Baby Hair Edge Pro," and founder of a nonprofit supporting Black ingenuity. She has provided scholarships and support to youth using funds generated through licensed CRIPS/BLOODS merchandise.

25. As a rehabilitated former gang member, Plaintiff's criminal record was fully expunged after years of service, growth, and leadership.

26. Plaintiff has pursued paralegal certification, built a successful legal documentation business, and is actively preparing for the California Bar.

27. Defendants Michael Render a/k/a Killer Mike, Courtney Sills a/k/a Bear, and Eugene Henley a/k/a Big U are known affiliates of the Rolling 60's gang. Defendants have used their gang affiliations and industry connections to misappropriate Plaintiff's trademarks and deceive the public.

28. On or about February 20, 2019, Defendants admitted in writing that Plaintiff held rights to the CRIPS brand. See Exhibit K.

29. Despite that admission, Defendants filed a trademark application on June 13, 2019, for "CRIP-A-COLA," a beverage bearing Plaintiff's CRIPS mark. See Exhibit N.

30. The United States Patent and Trademark Office issued a suspension letter halting their application, citing Plaintiff's prior-filed registrations. See Exhibit P.

31. Defendants then leveraged their celebrity status to promote "CRIP-A-COLA" and other counterfeit CRIPS merchandise, including clothing and collectibles, across national media platforms such as Netflix's Trigger Warning, The Breakfast Club, and Revolt.

32. The Netflix series Trigger Warning featured the infringing CRIPS brand prominently, giving Defendants unjust exposure, financial gain, and market confusion. Plaintiff was neither consulted nor compensated, though she exclusively holds the license to the mark.

33. Defendants launched an unauthorized online storefront—www.cripacola.com—to sell infringing CRIPS merchandise. In contrast, Plaintiff's official platform remains www.cripsworldwide.com.

34. On January 1, 2023, Plaintiff's private investigator purchased counterfeit CRIPS-branded beverages from

Defendants for $50, at www.exoticpop.com, further proving unauthorized commercial use. See Exhibit L.

35. Defendants falsely represented themselves as brand owners in public forums, including in lyrics by Shawn "Jay-Z" Carter referencing "Crip-A-Cola," despite having no legal right to do so. See Exhibit O.

36. In a publicly available interview on the No Jumper podcast, Defendant Eugene "Big U" Henley explicitly admitted that Defendant Michael Render a/k/a Killer Mike personally contacted him to "call Plaintiff and put pressure on her" regarding a major business deal involving billionaire mogul Shawn "Jay-Z" Carter. Big U's admission confirms that he was actively participating in the Defendants' broader scheme to secure unauthorized use of the CRIPS trademark. Defendants sought to manipulate Plaintiff into allowing her federally registered mark to be used in a lucrative deal with Jay-Z for Defendants' financial benefit. Despite knowing Plaintiff held exclusive licensing rights, Defendants willfully attempted to circumvent her ownership by using intimidation and backchannel influence. This direct confession constitutes irrefutable evidence of Defendants' joint conspiracy to unlawfully leverage Plaintiff's brand to secure personal gain at her expense.

37. In addition to third-party interference, Plaintiff personally engaged in a phone conversation with Defendant Courtney Sills, who acts as both business partner and manager to Defendant Michael Render. During this exchange, Sills used intimidation, threats, and fear tactics in an attempt to coerce Plaintiff into abandoning her inquiry into Defendants' unauthorized use of the CRIPS brand. Rather than offer transparency or legal justification, Sills sought to silence Plaintiff by leveraging his industry influence and gang-related ties. This verbal assault further illustrates the Defendants' coordinated efforts to suppress Plaintiff's lawful ownership through fear-based manipulation, adding to the pattern of extortion, duress, and abuse already documented throughout this action.

38. Defendant Michael Render is one-half of the music duo "Run the Jewels," which has received national acclaim. Through this platform, Defendant Render has gained further visibility and commercial reach, which he and his associates have used to further infringe upon Plaintiff's trademark rights.

39. These actions were deliberate, malicious, and caused financial harm, brand dilution, and reputational injury to Plaintiff, who has spent more than a decade building and protecting the legacy of CRIPS and BLOODS trademarks.

40. Plaintiff has faced extortion attempts, intimidation, and public threats from Defendants and their affiliates in retaliation for asserting her intellectual property rights.

41. Defendants used their entertainment careers and street influence to promote violence and exploit marginalized communities while profiting off Plaintiff's marks without consent.

6

42. Their ongoing misconduct, including conspiracy, fraud, and misrepresentation, has caused irreparable harm to Plaintiff's legal, commercial, and personal interests.

43. Plaintiff seeks monetary damages, injunctive relief, and permanent protection of her exclusive license rights to prevent further infringement and misuse of her registered trademarks.

44. On information and belief, traceable money transfers exist between Defendants Michael Render, Eugene Henley, and Courtney Sills, disguised as donations but constituting extortion payments. These funds were funneled through bank accounts affiliated with Developing Options chapters in both Los Angeles and Atlanta. The purported donations align with threats, exploitation of Plaintiff's trademarks, and collaborative efforts to secure unauthorized deals using Plaintiff's intellectual property.

45. Defendants Sills and Render publicly present themselves as political revolutionaries or social justice advocates. However, this façade conceals their longstanding affiliations with organized street gangs and illicit business dealings. Like Henley, who is currently under federal indictment, Sills and Render have used these revolutionary personas to gain public credibility while engaging in racketeering, intimidation, and unauthorized commercial use of Plaintiff's intellectual property. Their political posturing acts as a cover for illegal exploitation of culturally significant trademarks such as the CRIPS mark.

46. Defendants' conduct constitutes unlawful, unfair, and fraudulent business acts and practices within the meaning of California Business & Professions Code §17200, causing substantial injury to the Plaintiff and the consuming public. Prior to initiating this action, Plaintiff made a good faith attempt to resolve the matter privately by issuing a cease-and-desist letter to Defendants' legal counsel on September 9, 2019, outlining their unauthorized use of Plaintiff's federally licensed intellectual property. Despite being presented with ample opportunity to settle and cease their infringing behavior, Defendants failed to respond or engage in meaningful dialogue, necessitating this litigation.

47. As a result of their misconduct, Defendants have been unjustly enriched by profiting from Plaintiff's exclusive intellectual property. Defendants continue to retain those benefits despite lacking any lawful right to do so. Their refusal to acknowledge or remedy the infringement—even after formal notice and a pre-litigation opportunity to resolve the matter—demonstrates bad faith and willful disregard of Plaintiff's rights, thereby necessitating restitution, disgorgement, and equitable relief.

//

**FIRST CAUSE OF ACTION**
(Federal Trademark Infringement – 15 U.S.C. §§ 1114(a), 1116(d), 1117(b)-(c))

48. Plaintiff realleges and incorporates by reference each and every preceding allegation in this Complaint as though fully set forth herein.

49. Plaintiff, as the exclusive licensee of the federally registered CRIPS trademark (U.S. Reg. Nos. 5,877,377 and 6,926,377), holds the legal right to use, enforce, and protect the mark in commerce. These registrations on the Principal Register provide constructive notice of Plaintiff's exclusive rights pursuant to 15 U.S.C. § 1072.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

50. Defendants had actual and constructive knowledge of Plaintiff's registered trademark rights. Despite this, Defendants willfully failed to obtain Plaintiff's consent or authorization prior to commercially distributing, advertising, collaborating, marketing, or selling goods and services bearing the CRIPS mark.

51. Without permission, Defendants willfully, knowingly, and maliciously used counterfeit and colorable imitations of Plaintiff's CRIPS mark in commerce in connection with goods including but not limited to beverages (soda), clothing, and merchandise labeled "Crip-A-Cola" and "Community Revolution in Progress."

52. Defendants' unauthorized use of the mark extended to packaging, labels, signage, social media, and websites—including but not limited to www.exoticpopdistribution.com, www.therealcripacola.com, and Instagram handle @cripacola—thereby creating widespread public confusion regarding the source and authenticity of the goods.

53. Defendants further conspired to enter into a fraudulent and unauthorized business partnership with world-renowned entrepreneur Shawn "Jay-Z" Carter, falsely holding themselves out as rightful owners or licensors of the CRIPS mark in an effort to profit from Plaintiff's intellectual property.

54. Through the sale and promotion of counterfeit goods bearing Plaintiff's mark, Defendants intentionally deceived the public and diluted the reputation and distinctiveness of the CRIPS trademark in violation of 15 U.S.C. § 1114.

55. Defendants' actions constitute willful and knowing trademark infringement, entitling Plaintiff to enhanced damages under 15 U.S.C. § 1117(b)-(c), injunctive relief under § 1116, and all other available remedies under the Lanham Act.

## SECOND CAUSE OF ACTION
(Trademark Dilution under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), and California Business & Professions Code § 14330 et seq.)

56. Plaintiff re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

57. Plaintiff's CRIPS trademark is famous within the meaning of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c). The mark is inherently distinctive and has acquired secondary meaning as a symbol of cultural significance, grassroots empowerment, and commercial goodwill.

58. Plaintiff's mark has achieved widespread recognition nationally and internationally due to extensive and continuous use in commerce, media coverage, product visibility, and public association with high-impact community initiatives and merchandise.

59. Defendants' acts of unauthorized use, reproduction, and distribution of goods and services bearing the CRIPS mark began only after the mark had become famous. Defendants acted knowingly, willfully, and with the intent to

trade on Plaintiff's reputation and goodwill.

60. Defendants' actions constitute dilution by blurring and tarnishment under 15 U.S.C. § 1125(c), as their unauthorized use weakens the distinctiveness of Plaintiff's famous mark and harms its reputation.

61. Defendants' counterfeit and unauthorized use is likely to cause the public to associate inferior, unregulated, and deceptive goods and services with Plaintiff's mark, thereby diminishing its value, strength, and integrity.

62. Defendants' failure to comply with Plaintiff's strict quality control standards further exacerbates the harm, creating confusion among consumers and saturating the marketplace with substandard imitations falsely linked to Plaintiff.

63. These actions damage Plaintiff's reputation and mislead consumers into believing Defendants' goods and services originate from or are endorsed by Plaintiff, in violation of federal and California law.

64. Defendants' dilution of Plaintiff's trademark is willful, wanton, and egregious, demonstrating reckless disregard for Plaintiff's rights and the public's interest in transparency and authenticity.

65. Plaintiff's CRIPS mark has been irreparably harmed by the Defendants' conduct, and the dilution of Plaintiff's mark will continue unless enjoined by this Court.

66. Plaintiff has no adequate remedy at law that can fully compensate for the harm already caused and that will continue to occur without judicial intervention.

### THIRD CAUSE OF ACTION

(False Designation of Origin and Unfair Competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a))

67. Plaintiff re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

68. Defendants' conduct as described above constitutes a false designation of origin and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

69. Defendants used Plaintiff's CRIPS trademark—or a confusingly similar imitation thereof—without authorization in connection with the advertising, sale, and promotion of counterfeit goods and services. This conduct was intended to mislead, deceive, and confuse the public as to the source, origin, affiliation, and sponsorship of the infringing products and services.

70. Defendants' willful misrepresentation that they owned or were affiliated with the CRIPS brand caused actual confusion in the marketplace and among consumers, while diverting recognition, traffic, and revenue from Plaintiff's legitimate enterprises.

71. Defendants had an affirmative legal duty to conduct a diligent trademark search and to avoid infringing on preexisting marks. A basic search of the USPTO database would have revealed Plaintiff's exclusive rights and long-standing use of the CRIPS mark.

72. Plaintiff holds the following registrations, which were publicly available at all relevant times:

U.S. Trademark Registration No. 5,877,377 (October 8, 2019) – International Class 35

U.S. Trademark Registration No. 6,926,377 (December 13, 2022) – International Class 41

California State Registration No. 201818010054 (June 27, 2018)

73. Plaintiff's marks are inherently distinctive and have acquired secondary meaning due to their longstanding use, national media recognition, cultural importance, and community engagement.

74. Defendants' unauthorized use of counterfeit CRIPS branding in connection with inferior, unregulated goods—such as clothing and beverages—was intended to capitalize on the goodwill Plaintiff has cultivated and to mislead consumers into believing Defendants' products were genuine or affiliated with Plaintiff.

75. This conduct constitutes willful false designation of origin, unfair competition, and commercial misrepresentation under 15 U.S.C. § 1125(a), and has caused irreparable harm to Plaintiff's brand reputation, market share, and consumer trust.

76. Unless enjoined, Defendants will continue to use Plaintiff's trademarks without consent, causing ongoing confusion, damage to goodwill, and competitive harm.

### FOURTH CAUSE OF ACTION

(Common Law Unfair Competition and False Designation of Origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a))

77. Plaintiff re-alleges and incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

78. Defendants' unauthorized use of Plaintiff's CRIPS mark and associated branding in interstate commerce constitutes common law unfair competition and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

79. By misrepresenting the origin, sponsorship, and affiliation of infringing goods and services, Defendants have knowingly and willfully created a false association between themselves and Plaintiff, thereby deceiving consumers and diverting economic benefits that rightfully belong to Plaintiff.

80. Defendants' conduct is likely to cause and has caused confusion, mistake, and deception among the public regarding the source of the goods and services, and has damaged Plaintiff's goodwill, brand recognition, and standing in the marketplace.

81. Defendants' actions violate Plaintiff's rights in her distinctive marks and constitute a continuing course of misconduct that undermines the legitimacy and cultural significance of Plaintiff's trademarks.

82. As a direct and proximate result of Defendants' unfair competition and false designation of origin, Plaintiff has suffered and will continue to suffer irreparable harm to her reputation, licensing value, and commercial opportunities.

83. Defendants have been unjustly enriched through their exploitation of Plaintiff's intellectual property and will continue to profit unless enjoined by this Court. Plaintiff has no adequate remedy at law.

**FIFTH CAUSE OF ACTION**
(Unlawful, Unfair, and Fraudulent Business Practices Under California Business & Professions Code § 17200 et seq.)

84. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in the preceding paragraphs as though fully stated herein.

85. Defendants have engaged in unlawful, unfair, and fraudulent business practices in violation of California Business & Professions Code § 17200 et seq., by willfully misappropriating Plaintiff's federally registered trademarks, distributing counterfeit goods, and intentionally misleading consumers and potential business partners about the origin and ownership of the CRIPS brand.

86. Defendants' actions—committed knowingly, deliberately, and with malice—violate California laws governing intellectual property, consumer protection, business conduct, and fair competition.

87. Defendants' practices were not only unlawful, but also unfair and fraudulent in that they misled the public, deceived stakeholders, harmed Plaintiff's reputation and business interests, and unjustly enriched Defendants at Plaintiff's expense.

88. Even a single violation of the above statutes is sufficient to establish liability under Section 17200. Here, Defendants have committed repeated and egregious violations that warrant judicial intervention.

89. Pursuant to California Business & Professions Code § 17203, Plaintiff seeks a court order enjoining Defendants from continuing to engage in such unlawful, unfair, and fraudulent practices, and compelling Defendants to fully comply with all legal obligations with respect to Plaintiff's trademarks and related intellectual property.

12

90. Plaintiff further requests that Defendants be ordered to disgorge all profits unlawfully gained from their use of Plaintiff's marks, and to pay restitution equal to the value of such ill-gotten gains, including but not limited to revenue generated through merchandise sales, licensing deals, and media appearances.

91. Plaintiff also respectfully requests that the Court impose an asset freeze or constructive trust over all funds and assets in Defendants' possession derived from their unlawful conduct, until such time as full restitution is made to Plaintiff.

### SIXTH CAUSE OF ACTION

#### (Unjust Enrichment Against Defendants)

92. Plaintiff re-alleges and incorporates by reference each and every allegation set forth in the preceding paragraphs as though fully stated herein.

93. As a direct and proximate result of Defendants' unlawful, willful, and malicious conduct—including but not limited to trademark infringement, dilution, unfair competition, counterfeiting, and fraudulent misrepresentation—Defendants have received and retained substantial financial benefits and profits to which they are not legally or equitably entitled.

94. Defendants have knowingly profited from Plaintiff's intellectual property without license, consent, or lawful justification, reaping monetary gains while causing reputational and financial harm to Plaintiff.

95. Defendants' continued possession of profits derived from their unlawful conduct would be unjust and inequitable, and allowing such retention would undermine the principles of fairness and justice.

96. Plaintiff is entitled to full restitution and disgorgement of all revenues, profits, and benefits wrongfully obtained by Defendants, in an amount to be determined at trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff TIA HOLLIS, acting in pro per, respectfully prays for judgment against Defendants Michael Render, Courtney Sills, and Eugene Henley, jointly and severally, and requests the following relief:

A. For compensatory damages in the amount of $50,000,000.00 (Fifty Million Dollars), or such amount as may be proven at trial, for federal trademark infringement pursuant to 15 U.S.C. § 1114 and § 1117(a) under Section 32 of the Lanham Act;

B. For statutory and actual damages in an amount to be proven at trial for false designation of origin and unfair competition under 15 U.S.C. § 1125(a);

13

C. For damages in an amount to be proven at trial for trademark dilution under 15 U.S.C. § 1125(c) and California Business & Professions Code § 14330;

D. For damages for common law unfair competition, in an amount to be proven at trial;

E. For restitution, statutory damages, and disgorgement of ill-gotten gains under California Business & Professions Code § 17200 et seq., for unlawful, unfair, and fraudulent business acts and practices;

F. For a permanent injunction enjoining Defendants, their agents, affiliates, successors, and assigns from engaging in any future acts of infringement, counterfeiting, dilution, unfair competition, or misappropriation of Plaintiff's trademarks;

G. For an order requiring a full and complete accounting of all revenues, profits, contracts, sponsorships, licensing deals, and financial transactions related to the infringing use of Plaintiff's intellectual property;

H. For an order requiring disgorgement of Defendants' profits and restitution to Plaintiff of all unjust enrichment derived from unauthorized use of Plaintiff's trademarks and goodwill;

I. For an order imposing a constructive trust or asset freeze over all funds, bank accounts, merchandise, digital assets, and intellectual property under Defendants' control that are traceable to the infringing conduct;

J. For destruction or forfeiture of all counterfeit, pirated, infringing, or imitation goods, products, promotional materials, packaging, labels, and related items pursuant to 15 U.S.C. § 1118;

K. For treble damages pursuant to 15 U.S.C. § 1117(b) due to Defendants' knowing, willful, and intentional acts of infringement, counterfeiting, and fraud;

L. For damages in the amount of $50,000,000.00 (Fifty Million Dollars), or such amount as may be proven at trial, for unjust enrichment arising from Defendants' misappropriation and exploitation of Plaintiff's marks;

M. For Plaintiff's costs of suit, including expert witness fees, investigative expenses, and any other related costs deemed appropriate;

N. For such other and further relief as the Court may deem just, proper, and equitable under the circumstances.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff TIA HOLLIS hereby respectfully demands a trial by jury on all triable issues raised by this Complaint.

DATED: March 6, 2025.

Respectfully submitted,

*Tia Hollis*

TIA HOLLIS  Plaintiff, In Pro Per

# EXHIBIT A

15

# United States of America

### United States Patent and Trademark Office

# Crips

**Reg. No. 5,877,377**

**Registered Oct. 08, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Crips LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
3720 Barham Blvd #107
Los Angeles, CALIFORNIA 90068

CLASS 35: Association services, namely, promoting the interests of Community Organizers; Club services, namely, promoting the interests of Community Organizers; Organizing chapters of local neighborhood clubs and promoting the interests of the members thereof, including by promoting public safety, promoting job training and employment, and organizing job fairs; Political action committee services, namely, promoting the interests of Community Organizers in the field of social change; Providing marketing solutions, namely, arranging and conducting community events for promotional purposes

FIRST USE 1-1-1969; IN COMMERCE 1-1-1984

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-025,930, FILED 07-05-2018



Director of the United States
Patent and Trademark Office

16.

# EXHIBIT B

17



# United States of America
### United States Patent and Trademark Office

# Crips

Reg. No. 6,926,377
Registered Dec. 13, 2022
Int. Cl.: 41
Service Mark
Principal Register

Crips LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
5455 Wilshire Blvd, 2100
Los Angeles, CALIFORNIA 90048

CLASS 41: Cinematographic services; Entertainment in the nature of production of television programs; Entertainment services in the nature of production of television and entertainment contents; production of motion television; Music production services; Music recording; television services in the nature of film and television production services, sporting and cultural events

FIRST USE 6-1-2019; IN COMMERCE 6-1-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. [illegible]

The wording "CRIPS" has no meaning in a foreign language.

SER. NO. [illegible], FILED [illegible]



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



18

# EXHIBIT C

# United States of America

## United States Patent and Trademark Office

# Bloods

**Reg. No. 6,026,461**

**Registered Apr. 07, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Bloods LLC  (CALIFORNIA LIMITED LIABILITY COMPANY), DBA Bloods LLC
3720 Barham Blvd #107
Los Angeles, CALIFORNIA 90068

CLASS 35: Association services, namely, promoting the interests of Community Organizers; Club services, namely, promoting the interests of Community Organizers; Organizing chapters of a Brotherly Love Overrides Oppression and Destruction club and promoting the interests of the members thereof; Political action committee services, namely, promoting the interests of Community Organizers in the field of social change as well as promoting public safety, training and employment; providing marketing solutions for community organizers

FIRST USE 1-1-1972; IN COMMERCE 1-1-1984

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-025,901, FILED 07-04-2018



Director of the United States
Patent and Trademark Office



20

# EXHIBIT D

21



# Crips Issu ☰   **COMPLEX**   🔍  Family: 'There Will Absolutely Be No Trademark Legal Battle'

The organization has conceded to the family's wishes.

 BY XAVIER HAMILTON                                    Jul 03, 2019

             



Getty

*Image via Getty/Bennett Raglin/BET*

Since Nipsey Hussle's passing his family has been overwhelmed with several legal battles. Now their burdens have gotten a little lighter as their case against the official Crips organization has been resolved.

According to *The Blast*, an official for the Crips LLC released a statement claiming that the organization that was formed on behalf of the Crips street gang will not move forward with trademarking Hussle's "The Marathon Continues" slogan. They also issued an apology to Hussle's family while offering to relinquish all rights to Nipsey's intellectual property.

"There will absolutely be no trademark legal battle between their organization and Blacc Sam, brother of the late Nipsey Hussle," the organization told *The Blast*. " [The Crips] respectively vows to support the wishes of Lauren London and the Asghedom family... We realize that our actions may have been offensive and we have reached out to his family, respectively Nip's sister, Samantha Smith."

The organization's corporate communications director, William King Hollis, went on to explain that at the time of Hussle's death the rapper and the Crips LLC were working on a "mutual collaboration" that required the slogan. This was why they filed a trademark on the phrase, not to undercut the family during their time of grief.

"We are deeply sorry for any disruptions and melee that the trademark acquisition may have caused to his family, friends and fans," Hollis said.

As reported, Hussle's brother Blacc Sam filed an application to trademark the phrase in May. Less than two weeks prior, the Crips LLC made their request to trademark "The Marathon Continues." According to the organization, they wanted to use the

slogan to promote "gang intervention" programs and community activism. Although neither application mentioned the other, Blacc Sam and the Crips were destined for a legal standoff to see who has rights to the phrase. Fortunately, this was averted by the organization conceding to the family's wishes.

## Related Stories



**Nipsey Hussle, a True Hometown Hero**



**Blueface Pays Respects to Nipsey Hussle**

FAMILY    GANGS    COURT    CRIPS    NIPSEY HUSSLE    NEWS
**SHARE THIS STORY**

   



00:00 / 1:03:22

# EXHIBIT E

25



**EXCLUSIVE**

# NIPSEY HUSSLE
# ESTATE SETTLES 'MARATHON' BEEF WITH CRIPS

  

3/25/2021 2:03 PM PT

The marathon continues, but the marathon feud **Nipsey Hussle**'s estate had with the Crips is over ... thanks to a settlement of a lawsuit.

Nipsey's brother, **Samiel Asghedom**, just informed the court in writing that the estate's reached the settlement with Crips LLC. The notice was filed Thursday in L.A. County court.

26

# EXHIBIT F

27

**higherlevelbear**



1/4

  

 Liked by **cuzlightyear** and **572 others**

higherlevelbear Happy C day to my brother @since we first met in 1988 when Lockhart said "Come up here, this dude say he a Crip".  . You stood up Like... more

View all 69 comments

cuzlightyear big N's 🖤

July 10, 2020

28



♡ ○ ◁                                                                    ⊓

◉ Liked by **therealrogerbonds** and **728 others**

**higherlevelbear** I know some of the stuff we all see on social media is considered to be entertaining, but there is a point where we as a people/community must draw A line somewhere.  A long standing RULE is and has always been "keep the women and children out of it, period". "Women and children are off limits". So when do WE DECIDE to enforce that rule and use our voice as do other people of power and influence to throw a "flag on the play"  and suspend the bs from social media, deeming it unsuitable to be promoted, seen or heard?  #attentionseeker #chaoscreator #instigator #aggitator #igniter #aggravator #trapsetter #itsaSetup  #neverreactoffemotions #stayfocused #GodfightsforUS #cantgiveitanvenerav

29

# EXHIBIT G

US00D976591S

# United States Design Patent

Rowe

(10) Patent No.: **US D976,591 S**

(45) Date of Patent: **** Jan. 31, 2023**

(54) **PERSONAL GROOMING DEVICE**

(71) Applicant: **Tia La Chelle Rowe**, Los Angeles, CA (US)

(72) Inventor: **Tia La Chelle Rowe**, Los Angeles, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/757,329**

(22) Filed: **Nov. 5, 2020**

(51) **LOC (14) Cl.** ................................................. **04-01**

(52) **U.S. Cl.**
USPC ................. **D4/117**; D4/120; D4/121; D4/134

(58) **Field of Classification Search**
USPC ......... D4/116–121, 130, 132, 134, 137, 138, D4/105, 106, 108, 114, 129; D32/35, D32/40–42, 46, 49, 51, 52; D28/25, D28/29–31; D9/695–697
CPC .. A46B 3/18; A46B 5/00; A46B 9/021; A46B 11/00; A46B 11/0003; A46B 2200/1053; A45D 40/26; A45D 40/265
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D128,410 S | * | 7/1941 | Bair | D4/114 |
| D137,637 S | * | 4/1944 | Potts | D28/25 |
| 2,832,087 A | * | 4/1958 | McEwan | B65D 47/42 D4/114 |
| D214,544 S | * | 6/1969 | Solomon | D28/75 |
| D222,014 S | * | 9/1971 | Steinkamp | D28/12 |
| D234,747 S | * | 4/1975 | Sanders | D9/503 |
| D310,601 S | * | 9/1990 | Byriel | D4/114 |
| D347,944 S | * | 6/1994 | Honora | D4/114 |
| D353,019 S | * | 11/1994 | Kimmell | D28/25 |
| D366,151 S | * | 1/1996 | Norris | D4/114 |
| D370,783 S | * | 6/1996 | Korte | 132/270 |
| D393,748 S | * | 4/1998 | Peltier | D4/114 |
| D413,204 S | * | 8/1999 | Mitchell | D4/114 |
| D445,969 S | * | 7/2001 | Lorenzo | D28/25 |
| D466,306 S | * | 12/2002 | Skwarek | D4/136 |
| D480,835 S | * | 10/2003 | Hegner | D28/29 |
| D490,185 S | * | 5/2004 | Hegner | D28/29 |
| D536,175 S | * | 2/2007 | Grant | D4/114 |
| D742,650 S | * | 11/2015 | Albers | D4/116 |
| D744,758 S | * | 12/2015 | Albers | D4/121 |

#### OTHER PUBLICATIONS

Amazon-Boao; Boao Store; "6 pieces Hair Edge Brush with Rat Tail Comb Double Sided Control Hair Comp Hair Edge Brush Comb for Hair or Eyebrow"; [online] 'http://amazon.com/dp/B088PSV6C3'; no date; accessed Apr. 25, 2022; 2pgs. (Year: 2022).*

* cited by examiner

*Primary Examiner* — Keli L Hill

(74) *Attorney, Agent, or Firm* — Not Just Patents LLC; Wendy S Peterson

(57) **CLAIM**

The ornamental design for the personal grooming device, as shown and described.

**DESCRIPTION**

FIG. 1 is a left perspective view of the personal grooming device showing my new design;
FIG. 2 is a back/right perspective view of the personal grooming device shown with the top compartment open thereof;
FIG. 3 is a left aerial view thereof;
FIG. 4 is a left back view thereof;
FIG. 5 is a right view thereof;
FIG. 6 is a front view thereof;
FIG. 7 is a back view thereof; and,
FIG. 8 is a top plan view thereof.

**1 Claim, 8 Drawing Sheets**



31

# EXHIBIT H

32

**higherlevelbear**    •••

   Liked by **nfncthelabel** and **607 others**

**higherlevelbear** Happy C day @snoopdogg  Love and respect Crip!!!



 Liked by **imgonzoe** and **375 others**

**higherlevelbear** #triggerwarningwithkillermike 🔥🔥🔥
Viewing and Discussion w/ @killermike last night. 💪
@theory_comm 🔥 #cripacola #bloodpop ⚫⚫... more

View all 16 comments

**bigboi** NaybaHood !

   **imgonzoe** @bigboi #nh

**higherlevelbear**



♡  ○  ◁                              •                              ☐

 Liked by **therealrogerbonds** and **443 others**

**higherlevelbear** Damn, this news got me down. 1e11um N peace to my big bro #Monster  My condolences to his family and his Homies @therealdubwc @icecube... more

35

1:39



**HIGHERLEVELBEAR**
**Posts**

**higherlevelbear**  ...



⟲ **bigu1**

♡  ◯  ▽                                    🔖

 **Liked by cuzlightyear and 290 others**

**higherlevelbear** #Repost @bigu1 with @make_repost
. . .
Me and My Partners @higherlevelbear @qcmceo_p... more

View all 10 comments

**nelsondixon** Awesome. Where do I find cripcola 🖤          ♡

**higherlevelbear** @nelsondixon  The Trap museum          ♡

October 28, 2020

⌂        ◯        🎬        🛍



**higherlevelbear**    •••

 Liked by **cuzlightyear** and **232 others**



**higherlevelbear** sendN the biggest Happy C day to my Naybor @gunna  Cuz, I hope the world kNowes you earned this shit the left way by hard WorC.  You always been SOLID Loc.  I also hope that all our homies are inspired and motivated by your accomplishments.  #SPC #Westside #FourSeason #Blvd #OldNat #NawfSide  Keep pushN the line Serge'  #RipTroup #RipbigG



 Liked by **therealrogerbonds** and **248 others**

**higherlevelbear** The Homies!!! Gotta Respect these two MEN, and their Journey #thedoggpound #DPGC @dazdillinger @kurupt_gotti #LBC... more

View all 14 comments

**5ive_mics**





**higherlevelbear**
College Park, Georgia

livingthalife01



Liked by **cuzlightyear** and **717 others**

**higherlevelbear** Your day is Coming up bro 12/10.  We gon rep for you from Atl-Chi-LA-Miami-Vegas-NYC 😭😭😭 🖤🖤🖤 #LLkingTroup #AlwaysLoveandRespect #missyoubro @tip @nelly

 **higherlevelbear**    •••

 Liked by **nfncthelabel** and **679 others**

**higherlevelbear** @nfncthelabel  We just Roll different!! We StiC  by the Code.  To get it, you must give it,  we govern ourselves w/ Self Respect, we stand up Straight, we push our line to improve upon ourselves w/o demeaning anyone else. #Love&Respect @mrrugs @bkrube @troubleman31 @qcmceo_p @hoodgod_  #afewGoodmen  @diddy #revoltsummit2019 shout out @dazdillinger for the

View all 35 comments

**5ive_mics** 🔥                    40,

# EXHIBIT I

41

 

**VARIETY**

Just Add Chocolate
The Coffee Bean & Tea Leaf

HOME > MUSIC > NEWS

February 4, 2024 4:49pm PT

# Rapper Killer Mike Arrested at Grammys for Battery After Winning 3 Awards

By Jordan Moreau



es for The Recording A

42



**higherlevelbear**
Beverly Hills, California



Liked by **cuzlightyear** and **766 others**

**higherlevelbear** Thankful for this One Big win/moment in time.  The fact of the matter is there were sooooo many many things (battles/loses/wins) over the last past... more

43

# EXHIBIT J

44

  

   

45

# EXHIBIT K

46



Phone                        4:25 PM

**Will >**

Fef 20, 2019, 12:59 PM

D meet Will,  Will  meet D.
D is my guy who i told you
about who the mother of
his child Owns the word
Crip and Blood.   Wanted
to connect you both.  D is
family and a music
industry vet..  @

Nice to meet you over
text , Will. I would like to
connect you to Tia ,my son
mom whenever time
permits

Thanks bear! For sure. I
get back to LA in a few
days and back working.
Just let me know and we
will make it happen

oologies all just notic

**higherlevelbear**





Liked by **willisactive** and **380 others**

**higherlevelbear** @bearstrongnpo
@bear_with_me_podcast Gods grace and mercy.
#Imabeliever... more

View all 32 comments

November 1, 2022



**higherlevelbear**

Courtney "Bear" Sills is one of the entertainment industry's most innovative figures. In each of those spaces, the College Park, GA native has impacted culture and led people to find their paths. Continuing on that path in an act of service, he is Founder/President of Bear Strong, Inc. By way of this initiative he is committed to assisting with the transformation of the community that fostered him. His goal is to inspire the youth and assist them with understanding that their mind is their strongest muscle. As a skilled martial artist, he learned core principles of mindfulness as a practice. He wants to send the message that it is important to think before you act, hence the logo of the seemingly contemplating bear. Exercise your mind as a muscle.

 Liked by **willisactive** and **380 others**
**higherlevelbear** @bearstrongnpo @bear_with_me_podcast Gods grace and mercy. #Imabeliever... more

View all 32 comments

November 1, 2022

49

 **higherlevelbear**                                        •••

An astute businessman, this is simply an addition to his diversified portfolio of strategic alliances.

Sills is a founding member of the label imprint No Face No Case that launched in 2019. He served as an associate producer of the VH1 documentary "***The Untold Story of Atlanta Rise,***" and is a partner in the beverage brand **Crip-a-Cola/Blood Pop** alongside Killer Mike, where he also functioned as a casting agent on behalf of the brand for the series "***Trigger Warning,***" on Netflix.

Sills' most honorable act is being the husband to Dr. Tina Sills and a father to three sons, Corey, Josiah and Courtney II.

# EXHIBIT L

51

'Kaplan'

# URGENT DEMAND   Inbox

 **Official Crips**
to clarus
Sep 9, 2019 Details

Dear Mr. Larus,

I am a member of Crips LLC and presently representing the organization in this matter.

On June 13, 2019, your firm filed a U.S. trademark application on behalf of The Michael Render Group LLC for the mark, CRIP-A-COLA, which is owned and used in commerce by our organization. The Render application #88472671 states under the penalty of perjury a first use date as early as 01/01/2018.

Please review the attached link https://m.youtube.com/watch?v=zdgBEJvYzO4&t=13s of your client, Michael Render in an interview stating that as late as February 2019, his product bearing our mark, CRIP-A-COLA was only a prototype and had NOT yet produced an actual product that is sold in commerce. So for these reasons Crips LLC require that The Michael Render Group LLC withdraw its application and refrain from any use of the mark, CRIP A COLA.

To that end, please:

1) file the "Request for Abandonment" and

2) send an email to me by next Monday, September 16, 2019 confirming that you have filed Request

'Kaplan'

To that end, please:

1) file the "Request for Abandonment" and

2) send an email to me by next Monday, September 16, 2019 confirming that you have filed Request for Abandonment and that The Michael Render Group LLC will immediately and permanently refrain from registering and/or using CRIPS in or as any name or mark (including the mark CRIP-A-COLA).

We look forward to hearing from you by September 16. Thank you.


Best,

Ms. T.L Hollis
Crips LLC
5455 Wilshire Blvd Ste 2100
Los Angeles, CA 90036
323-825-9300

53

October 13, 2022
7:44 PM

Edit



**exoticpop**
Atlanta, Georgia

                                            

**103 likes**

**exoticpop** Happy C Day @paid_getn_paid of @cripacola

54

12:49



October 13, 2022
9:05 AM

Edit

# Your cart



**Crip-a-Cola**

−    2    +

$100.00

ℹ **Special instructions for seller**

**Subtotal**       **$100.00**

All orders will be processed within 3-5 business days.
Please keep in mind Exotic Pop is closed Saturday &
Sunday and packages will not be processed or shipped
these days.

# EXHIBIT M

56



June 2, 2022
11:34 PM
Edit ⋯

**higherlevelbear**    ⋯

@cripacola

@troubleman31

♡ ○ ◁    🔖

 Liked by **willisactive** and **390 others**

**higherlevelbear** The most interesting man in the world @troubleman31  Stay thirsty my friends.. #changingthenarrative @cripacola #bloodpop  Society would like to Group all people associated or affiliated in one small limited terrible circle,  GUESS WHAT?  That's why We are CHANGING THE NARRATIVE!! #Thinkoutsidethebox #reinvention #revolution

57.



**3,727 views**

**exoticpop** 🅱️BLOOD POP & CRIP A COLA ALERT♿ 🎤@diddy on how to deal with HATERS!! @revoltsummit 📸@exoticpop is proud to announce that we are the official exclusive distributor of @cripacola & @bloodpopcola!! We are also proud to announce that we will be donating a large portion of the proceeds to #developingoptionsLA and #developingoptionsATL, a public charity!! With each purchase of @bloodpopcola & @cripacola, your charitable contributions will benefit our beloved communities of color all across the country.  S/O @paid_getn_paid aka @exoticpop__atl for being one of the visionaries of the brand. S/O @killermike for bringing this vision to life!! @vincestaples & @diddy #teamexoticpop!!

**higherlevelbear**    •••

 Liked by **willisactive** and **227 others**

**higherlevelbear** Successful trip to LA..
#ChangingtheNarrative #alhamdulillah  @dynastydoe
@blue_lbc @killermike @snoopdogg @bigu1 and Myself.
@cripacola @bloodpopcola  Respect to all the bro's that
we met and delivered product to.  #historyisbeingmade

59



## Killer Mike- The Atlanta Way

expediTIously with Tip "T.I." Harr.

7,987 views

exoticpop 🔊 @exoticpop is proud to announce that we are the official exclusive distributor of @cripacola & @bloodpopcola!! We are also proud to announce... more

View all 19 comments

October 2, 2019

# EXHIBIT N

61

## Trademark/Service Mark Application, Principal Register

Serial Number: 88472671
Filing Date: 06/13/2019

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 88472671 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\884\726\88472671\xml1\ RFA0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | CRIP-A-COLA |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | The color(s) blue and white is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the words CRIP-A-COLA in white stylized font on a blue background. Above the words is a white stylized infinity symbol with the right portion removed in the shape of a sideways V. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 800 x 250 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | The Michael Render Group, LLC |
| *STREET | 5665 New Northside Drive, Ste. 110 |
| *CITY | Atlanta |
| *STATE (Required for U.S. applicants) | Georgia |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 30328 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Georgia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Clothing, namely shirts and sweatshirts |
| FILING BASIS | SECTION 1(b) |
| INTERNATIONAL CLASS | 032 |
| *IDENTIFICATION | Beverages, namely soft drinks |
| FILING BASIS | SECTION 1(a) |

# EXHIBIT O

63

Aug 22, 2020

# Jay Z now part owner of the "Crip-A-Cola" soda company by Killer Mike

Killer Mike launched a new soda venture in 2019: where he got Crips and Bloods to come together to collaborate on "Crip-a-Cola" and "Blood Pop." He spoke about the collaboration during an interview on *The Late Show with Stephen Colbert,* and he explained that he wanted to introduce a legal product that would benefit the gang rivalry.



🔒 hiphopcrownnation.com

64.

 **HIPHOP CROWN NATION** 👑
Aug 22, 2020

# Jay Z now part owner of the "Crip-A-Cola" soda company by Killer Mike

Killer Mike launched a new soda venture in 2019: where he got Crips and Bloods to come together to collaborate on "Crip-a-Cola" and "Blood Pop." He spoke about the collaboration during an interview on *The Late Show with Stephen Colbert,* and he explained that he wanted to introduce a legal product that would benefit the gang rivalry.



## Jay-Z to Become Part Owner of "Crip-A-Cola"

On Friday (Aug. 20), Consisting of Atlanta *native* rapper *Killer Mike announces* Shawn Corey Carter partnership with "Crip-A-Cola" on instagram [via] I sincerely appreciate my brother and 🐐 status Emcee/entrepreneur, Jay Z. He is a model for taking the "Dope Man" mentality and advancing it into

65,

 

≡    Google    Sign in

 

All   Videos   Images   Shopping   News   Books   Maps   Flights   Finance   Search

# Entrepreneur

Song by Pharrell Williams

Overview   ( Lyrics )   Videos   Listen

I am black ambition
I am always whisperin'
They keep tellin' me I will not
But my will won't listen
Gravity on a black man
With everything on his back and
His family and passion
If the doors ain't crackin'

You gotta let go (let go)
If you wanna fly, take the leap
You gotta risk it all (risk it all)
Or there'll be lots of things you'll never see
You gotta let, let go
'Cause you never know
What's in store
Mr. Entrepreneur

In this position with no choice
A system imprison young black boys
Distract with white noise
The brainwashed become hype boys
Third eye dilate
You ain't supposed to make it off Section 8
Robbin' Peter just to pay Paul
Prepare to risk everything

You need to let go (let go)
If you wanna fly, take the leap
You gotta risk it all (risk it all)

66.

Or there'll be lots of things you'll never see
Remember, black is space
And it's the color of your face
There will be no sunny days
If Black went away

Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man

Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, Black man
Black man, Black man, black man
Black man, Black man, Black man

Don't go chasin' waterfalls
Please stick to the drip that you're used to
They don't make 'em like they used to

Uh, lies told to you
Through YouTubes and Hulus
Shows with no hues that look like you do
Black Twitter, what's that?
When Jack gets paid, do you?
For every one Gucci, support two FUBU's
Sippin' Crip-a-Cola
Consumer and a owner
'Til we all vertically integrated from the floor up
D'Ussé pour up
Sip Ace 'til I throw up
Like gang signs, 'cept I bang mines for both ya
Serial entrepreneur, we on our own
Stop sittin' around waitin' for folks to throw you a bone
If you can't buy the building, at least stock the shelf (word)
Then keep on stacking 'til you stocking for yourself, uh
See everything you place after black

# EXHIBIT P

68.

U.S. Application Serial No. 88472671

Mark: CRIP-A-COLA

Correspondence Address:
KRISTINE A. HEIZ
ROBINS KAPLAN LLP
800 LASALLE AVENUE, STE 2800
MINNEAPOLIS, MN 55402

Applicant: The Michael Render Group, LLC

Reference/Docket No. 128495 0000

Correspondence Email Address:
kheiz@robinskaplan.com

## SUSPENSION NOTICE
## No Response Required

**Issue date: September 06, 2019**

**The application is suspended** for the reason(s) specified below. *See* 37 C.F.R. §2.67; TMEP §§716 *et seq.*

**USPTO database searched; prior-filed potentially conflicting pending application(s) found.** The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting registered marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02. However, a mark(s) in a prior-filed pending application(s) may bar registration of applicant's mark.

The pending application(s) below has an earlier filing date or effective filing date than applicant's application. If the mark in the application(s) below registers, the USPTO may refuse registration of applicant's mark under Section 2(d) because of a likelihood of confusion with the registered mark(s). 15 U.S.C. §1052(d); *see* 37 C.F.R. §2.83; TMEP §§1208.02(c). Action on this application is suspended until the prior-filed application(s) below either registers or abandons. 37 C.F.R. §2.83(c). Information relevant to the application(s) below is provided in this letter.

- U.S. Application Serial No(s). 88312848 and 88025930

**Suspension process.** The USPTO will periodically check this application to determine if it should remain suspended. *See* TMEP §716.04. As needed, the trademark examining attorney will issue a letter to applicant to inquire about the status of the reason for the suspension. TMEP §716.05.

**No response required.** Applicant may file a response, but is not required to do so.

Edward Payabyab
/Edward Payabyab/
Trademark Examining Attorney
Law Office 128
(571) 272-0021
edward.payabyab@uspto.gov

69

# EXHIBIT Q

70

**EXCLUSIVE TRADEMARK LICENSE AGREEMENT**

This Exclusive Trademark License Agreement ("Agreement") is entered into as of July 15, 2018 (the "Effective Date"), by and between Crips LLC, a California limited liability company having a mailing address at 9777 Wilshire Blvd., Suite 400, Beverly Hills, CA 90212 (hereinafter referred to as the "Assignor"), and Tia Hollis, an individual residing in Los Angeles County, California (hereinafter referred to as the "Assignee").

**RECITALS**

WHEREAS, Assignor is the sole and rightful owner of all rights, title, and interest in and to the trademark(s) "CRIPS" (the "Trademark(s)"), registered with the United States Patent and Trademark Office under Reg. No. 5877377, & 6926377;

WHEREAS, Assignee desires to obtain from Assignor an exclusive, irrevocable license to use the Trademark(s) for commercial, promotional, and enforcement purposes;

WHEREAS, Assignor desires to grant such rights to Assignee, subject to the terms and conditions of this Agreement.

**NOW, THEREFORE**, in consideration of the mutual covenants and promises set forth herein, the parties agree as follows:

**1. GRANT OF LICENSE** The Assignor hereby grants to the Assignee an exclusive, irrevocable, and transferable license to the Trademark(s), including all rights to **produce, sell, distribute, use, sue, enforce, proceed against infringement, and inspect** all goods or services bearing the Trademark(s). This grant of rights shall extend to all commercial applications and legal enforcement necessary to protect and promote the Trademark(s). The Assignee shall have the authority to exercise these rights in its own name and at its sole discretion, with no requirement to seek further approval from the Assignor.

**2. TERM** This Agreement shall commence on the Effective Date and shall continue for a period of **ten (10) years**, unless terminated earlier in accordance with Section 9. This Agreement shall automatically renew for successive five-year terms unless either party provides written notice of intent not to renew no less than sixty (60) days prior to expiration.

**3. EXCLUSIVITY** Assignor shall not grant any license, interest, or other rights in the Trademark(s) to any third party during the term of this Agreement. Assignor agrees not to use the Trademark(s) for any commercial or non-commercial purpose without Assignee's prior written consent.

**4. QUALITY CONTROL AND INSPECTION** Assignee shall ensure that all goods and services offered under the Trademark(s) conform to high-quality standards consistent with the brand's legacy and public image. Assignor may have the right, upon reasonable notice, to inspect Assignee's operations and materials bearing the Trademark(s) to ensure compliance.

**5. TERRITORY AND DISTRIBUTION CHANNELS** The rights granted herein apply throughout the United States and its territories. Assignee shall have the exclusive right to exploit the Trademark(s) via all distribution channels, including retail, e-commerce, licensing, and digital platforms.

**6. SUBLICENSING AND ASSIGNMENT** Assignee shall have the right to sublicense or assign any of its rights under this Agreement, provided that any sublicensee or assignee agrees in writing to abide by the terms of this Agreement.

71

**7. ENFORCEMENT AND INFRINGEMENT** Assignee shall have the sole and exclusive right to initiate, control, and resolve all legal actions to protect and enforce the Trademark(s) against infringement. Assignor agrees to cooperate fully with Assignee in such actions. Assignee shall bear all associated legal costs.

**8. COMPENSATION AND ROYALTIES** In exchange for the rights granted, Assignee shall pay to Assignor a royalty of $1 annually as nominal consideration, and such other consideration as may be separately agreed to by the parties in writing.

**9. TERMINATION** Either party may terminate this Agreement upon a material breach by the other party, provided that the breaching party has failed to cure such breach within thirty (30) days after receiving written notice.

Upon termination, Assignee shall cease use of the Trademark(s) within ninety (90) days, except to sell off existing inventory bearing the mark.

**10. SHARED OWNERSHIP AND LEGAL INTEREST** Assignor acknowledges that Assignee holds an exclusive, irrevocable, and legally enforceable interest in the Trademark(s) that is equal to, and for the purposes of enforcement and commercial exploitation may be treated as greater than, that of the Assignor. The parties agree that the Assignee's rights shall include all benefits, privileges, and remedies available to a trademark(s) owner, including the right to pursue claims against third-party infringers in Assignee's own name.

**11. GOVERNING LAW AND JURISDICTION** This Agreement shall be governed by and construed in accordance with the laws of the United States, including the Lanham Act (15 U.S.C. §§ 1051 et seq.). To the extent any matter is not governed by federal law, the laws of the State of California shall apply. The parties agree to submit to the exclusive jurisdiction of the state and federal courts located in Los Angeles County, California.

**12. DISPUTE RESOLUTION** Any dispute arising from or related to this Agreement shall first be resolved through mediation in Los Angeles, California. If mediation fails, the dispute shall be resolved through binding arbitration conducted by JAMS in accordance with its rules.

**13. ENTIRE AGREEMENT** This Agreement constitutes the entire agreement between the parties regarding the subject matter herein and supersedes all prior agreements, understandings, or representations.

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the Effective Date.

**Authorized Representative Crips LLC, Assignor**

*Erroll Shepherd*_____Date: January 8, 2025

**Erroll Shepherd CEO, Assignor**

*Tia Hollis.*_____Date: January 8, 2025

**Tia Hollis, Assignee**

72

# EXHIBIT R

73

BIGU1
**Posts**



Liked by **higherlevelbear** and **653 others**

**bigu1** Thanks To MY Brother @killerMike /
@higherlevelbear /@cripacola And the Homies AC,
Newny,Murdo, Yayo are involved in the deal, Wow.. These
Men Are the Brain and Hard Work Behind Changing the
Narrative On How we Should View our Selfs as( CRIPS *
BLOOD ) and took it to a TV/Cola Product !! Crip/Blood
dosen't have to be view as a Negative Word Nor Should we
continue to sit in that mindset  and Let The
News .TV .DA .Cop .Etc .... do the Same.  Men and Women
from The B&C culture Have Become LEADER, MOTHERS,
FATHER'S ,BUSINESSMEN , MILLIONAIRES INVESTOR
PHILANTHROPIST etc... you Name it. We have a long way
to grow but we have made steps and this is one More in
the right direction. HOWEVER HATE AND BAD REPORTING
WILL FORSURE FOLLOW ANY GOOD WORK. so be
Conscious 🔵💪 IM ONLY HAPPY D.OPTIONS and My Self
were PERMITTED TO BE A BIG PART OF THIS MOVEMENT.
THE COMPANY WELL ALSO BE DOING A 🔴BLOOD POP
COMING SOON. I Only pray this will Change the Mindset of
Young Men and Women the world Over! NAME YOUR SELF
AND KEEP YOUR NAME HIGHER THEN (THEY) WILL.
#TheUneekWay Thanks Killa Mike Once More

    



October 3, 2019
10:28 AM

Edit

KILLERMIKE

## Posts

 Liked by **cuzlightyear** and **4,057 others**

**killermike** Yes it's real! It wasn't just a TV show.  My aim is to change our position in the game from victims to victorious. #TriggerWarningWithKillerMike X #CripACola Pop Up at @theswagshopedgewood This Friday! C y'all there!  All Love and Respect to the brothers @bigu1 @higherlevelbear @paid_getn_paid @300xlocc @el_murdo @aaron4rmthenh this Step truly is #CommunityRevolutionInProgress salutes @aceboypun @seasidestretch and many other brothers that have impact Knowledge, wisdom and understanding on me! 🖤🖤🖤 🖤 . Love and Respect no matter ya set.  We all black and that's just facts.  Let's grow and show the world what is possible! Exclusive Distribution thru @exoticpop! ✱ #IwishAliceWasHereToSeeThis #Sato #DJ #BabyLoc #BlueIce #Violator (GD) #Chuckie (GD) #Kym (GD) love and respect y'all since we been kids.  Thank y'all for showing me yall's humanity. #RIPKingTroup i wish u cuda seen this man.  Love and Respect ya "Dog".

View all 138 comments

75.



8:22

BIGU1
**Posts**

 **bigu1** ✔                                        •••



**Crip-a-Cola**

⟲ higherlevelbear

♡  ◯  ✈                                                    🔖

 Liked by **coachpr** and 2,598 others

**bigu1** Coming Soon!! Very Soon.  Like Soon Soon
@killermike  We did it!! @paid_getn_paid @300xlocc
@aaron4rmthenh  @el_murdo  Blessed to be able... more

View all 161 comments

**higherlevelbear** @khafrezet  thanx                          ♡

**higherlevelbear** @khafrezet I'll do that research and
you should research the numerous individuals that are       ♡
gang affiliated that Have  contributed to Society w/
positivity.  Change the Narrative

October 1, 2019

 **bigu1** ✔                                        •••



⌂        ◯        ▶        ◯        ●
    

77.

9:44  LTE

**higherlevelbear**    ...



**144 likes**

**higherlevelbear** Still getting orders everyday!! Ain't no stopping this train of Change.. #ChangingtheNarrative #Cripacola #Bloodpop @killermike

View all 8 comments

July 13, 2020

**higherlevelbear**



78.

8:19

 bigu1 ✔



🔁 ✛ thadailypursuit

    

Liked by **higherlevelbear** and **2,053 others**

**bigu1** PHOTO  BY 🎬 @thadailypursuit @killermike
@higherlevelbear and the Team ⚫⚫ CHANTING THE
NARRATIVE and His/R– story..... #TheUneekWay

View all 55 comments

🏠    🔍    ▶️    🛍️    👤

79.

4:44

NFNCTHELABEL
**Posts**                                    Follow

**nfncthelabel**
Atlanta, Georgia

CRIP A COLA
— SODA —

TASTE THE LOCAL FLAVORS

*BLOOD POP ALSO AVAILABLE*

**4,422 views**

**nfncthelabel** Purchase Link In Bio 👆 @KillerMike &
@CripaCola 🎥: @kianpoppington

●●● · ●●●

#NOFACENOCASE #NFNC #NeverFearNewChallenges
#nodaysoff #2020 #soufside #collegepark #proudofus
#missin #dowhatiwant #wildthoughts #alldemdays
#woodarealest #bvty #greasy #realestchekingin #cripacola
#bloodpop

**yflmario** 🔥

**nfnc.studio** 👆👆👆

August 25, 2020

**nfncthelabel**
nfnc.studio                                        ...

80.

# EXHIBIT S

2:46



**Killer Mike** ✓
@KillerMike · **Follow**



The legend of #CripACola &
#BloodPOP continues to grow

I appreciate my brother,
Emcee/entrepreneur, and
@S_C_. He is a model for taking the
"Dope Man" mentality and
advancing it into business.



5:30 PM  Aug 21, 2020                    ⓘ

 Read the full conversation on Twitter

❤ 2.4K        💬 **Reply**     ⬆ **Share**

**Read 39 replies**

🔒 hiphopcrownnation.com

# EXHIBIT T

83.

3:41

**meecheethementor**    ...

**Texas News**
KLTV, LLC
★★★☆☆
GET — On the App Store

View

×

≡    **⑦KLTV**    ☀ 81°

KLTV    1 of 1

# Los Angeles Crips and Bloods Consolidate Under a Newly Formed Corporate Structure

↱

A̲A

Sep 12, 2018 09:26 AM

View insights    Boost post

♡ ◯ ◁    •    ▢

Liked by **ms.heir** and **70 others**

**meecheethementor** 🗨(SWIPE LEFT)🗨 With as much brand equity in it as Coca–Cola or McDonalds……it's only right that we own it #brandequity #theculture #intellectualproperty #ownersoverconsumers 🖤🖤

View all 8 comments

September 14, 2018 ✳

⌂    ◯    ▣    🛍